# EXHIBIT B

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 19 | St Vincent Medical Center | 12/9/2019 | 12/13/2019 | 12/23/2019 | 5/26/2020 | $ 25,614.39 | $ 237,616.00 | $ 212,001.61 |
| 23 | St Vincent Medical Center | 6/20/2019 | 6/26/2019 | 7/1/2019 | 7/9/2019 | $ - | $ 203,692.00 | $ 203,692.00 |
| 54 | St Vincent Medical Center | 8/16/2019 | 8/22/2019 | 8/27/2019 | 2/19/2020 | $ 6,729.50 | $ 127,363.98 | $ 120,634.48 |
| 56 | St Vincent Medical Center | 2/20/2018 | 2/23/2018 | 2/28/2018 | 5/30/2018 | $ 16,766.37 | $ 137,153.08 | $ 120,386.71 |
| 74 | St Vincent Medical Center | 5/18/2018 | 5/25/2018 | 7/13/2018 | 3/12/2019 | $ 28,167.71 | $ 131,195.57 | $ 103,027.86 |
| 77 | St Vincent Medical Center | 2/23/2018 | 3/23/2018 | 3/28/2018 | 4/23/2018 | $ 1,700.00 | $ 99,750.00 | $ 98,050.00 |
| 92 | St Vincent Medical Center | 1/8/2019 | 1/15/2019 | 1/22/2019 | 6/11/2019 | $ 14,490.00 | $ 102,321.04 | $ 87,831.04 |
| 174 | St Vincent Medical Center | 5/15/2019 | 5/17/2019 | 10/11/2019 | 6/15/2020 | $ 20,731.25 | $ 76,394.00 | $ 55,662.75 |
| 227 | St Vincent Medical Center | 10/30/2018 | 10/31/2018 | 11/5/2018 | 2/19/2019 | $ 6,890.62 | $ 52,534.00 | $ 45,643.38 |
| 230 | St Vincent Medical Center | 11/20/2017 | 12/13/2017 | 12/26/2017 | 3/22/2018 | $ 27,200.00 | $ 71,900.00 | $ 44,700.00 |
| 240 | St Vincent Medical Center | 4/12/2019 | 4/15/2019 | 4/22/2019 | 6/15/2020 | $ 16,072.06 | $ 59,766.31 | $ 43,694.25 |
| 242 | St Vincent Medical Center | 1/27/2018 | 2/22/2018 | 4/17/2018 | 5/25/2018 | $ 44,200.00 | $ 87,250.00 | $ 43,050.00 |
| 249 | St Vincent Medical Center | 10/10/2017 | 10/13/2017 | 10/5/2018 | 11/26/2018 | $ 12,308.57 | $ 54,543.00 | $ 42,234.43 |
| 302 | St Vincent Medical Center | 1/15/2018 | 2/1/2018 | 2/20/2018 | 3/15/2018 | $ 8,500.00 | $ 44,123.45 | $ 35,623.45 |
| 327 | St Vincent Medical Center | 8/14/2019 | 8/17/2019 | 8/23/2019 | 4/13/2020 | $ 5,625.83 | $ 38,457.32 | $ 32,831.49 |
| 337 | St Vincent Medical Center | 8/4/2018 | 8/7/2018 | 8/29/2018 | 5/2/2019 | $ 10,714.22 | $ 42,906.00 | $ 32,191.78 |
| 379 | St Vincent Medical Center | 2/7/2018 | 2/17/2018 | 2/22/2018 | 7/3/2018 | $ - | $ 28,806.66 | $ 28,806.66 |
| 388 | St Vincent Medical Center | 8/11/2017 | 9/3/2017 | 9/13/2017 | 12/19/2017 | $ 37,977.07 | $ 66,050.00 | $ 28,072.93 |
| 455 | St Vincent Medical Center | 11/21/2018 | 11/29/2018 | 12/11/2018 | 12/27/2018 | $ 13,600.00 | $ 37,627.75 | $ 24,027.75 |
| 514 | St Vincent Medical Center | 9/26/2018 | 9/27/2018 | 6/20/2019 | 4/30/2019 | $ - | $ 21,074.00 | $ 21,074.00 |
| 526 | St Vincent Medical Center | 9/28/2019 | 10/1/2019 | 10/7/2019 | 10/16/2019 | $ - | $ 20,809.00 | $ 20,809.00 |
| 543 | St Vincent Medical Center | 4/8/2019 | 4/8/2019 | 4/25/2019 | 5/2/2019 | $ - | $ 20,302.51 | $ 20,302.51 |
| 553 | St Vincent Medical Center | 2/10/2019 | 2/18/2019 | 3/13/2019 | 10/17/2019 | $ 41,294.78 | $ 61,074.26 | $ 19,779.48 |
| 581 | St Vincent Medical Center | 8/30/2017 | 8/31/2017 | 12/13/2017 | 1/18/2018 | $ 7,873.71 | $ 26,702.22 | $ 18,828.51 |
| 584 | St Vincent Medical Center | 5/19/2018 | 5/20/2018 | 6/18/2018 | 7/12/2018 | $ 4,063.20 | $ 22,866.70 | $ 18,803.50 |
| 678 | St Vincent Medical Center | 10/23/2018 | 11/2/2018 | 11/15/2018 | None | $ - | $ 16,907.96 | $ 16,907.96 |
| 722 | St Vincent Medical Center | 11/13/2017 | 11/22/2017 | 12/21/2017 | 7/20/2020 | $ 28.00 | $ 16,152.01 | $ 16,124.01 |
| 745 | St Vincent Medical Center | 10/14/2018 | 10/18/2018 | 10/31/2018 | 7/30/2019 | $ 6,906.22 | $ 22,664.44 | $ 15,758.22 |
| 747 | St Vincent Medical Center | 10/24/2019 | 10/27/2019 | 11/4/2019 | 11/13/2019 | $ - | $ 15,716.52 | $ 15,716.52 |
| 785 | St Vincent Medical Center | 11/28/2017 | 12/9/2017 | 12/19/2017 | 1/23/2018 | $ 18,700.00 | $ 33,706.80 | $ 15,006.80 |
| 790 | St Vincent Medical Center | 12/10/2017 | 12/13/2017 | 7/27/2018 | 1/30/2019 | $ - | $ 14,976.15 | $ 14,976.15 |
| 797 | St Vincent Medical Center | 9/6/2019 | 9/18/2019 | 10/4/2019 | 10/17/2019 | $ - | $ 14,896.81 | $ 14,896.81 |
| 804 | St Vincent Medical Center | 5/8/2018 | 5/15/2018 | 5/23/2018 | 6/11/2018 | $ 3,700.00 | $ 18,400.00 | $ 14,700.00 |
| 899 | St Vincent Medical Center | 1/4/2020 | 1/5/2020 | 1/30/2020 | 2/18/2020 | $ 2,061.71 | $ 15,430.35 | $ 13,368.64 |
| 905 | St Vincent Medical Center | 6/4/2018 | 6/7/2018 | 6/12/2018 | 8/8/2018 | $ 1,700.00 | $ 15,000.00 | $ 13,300.00 |
| 911 | St Vincent Medical Center | 4/14/2018 | 4/15/2018 | 4/24/2018 | 8/23/2018 | $ 1,739.13 | $ 15,000.00 | $ 13,260.87 |
| 988 | St Vincent Medical Center | 3/12/2018 | 3/26/2018 | 4/2/2018 | 6/28/2018 | $ - | $ 12,342.73 | $ 12,342.73 |
| 1004 | St Vincent Medical Center | 8/6/2019 | 8/24/2019 | 8/29/2019 | 11/4/2019 | $ 57,179.30 | $ 69,408.30 | $ 12,229.00 |
| 1054 | St Vincent Medical Center | 3/16/2018 | 3/17/2018 | 4/2/2018 | 4/23/2018 | $ 701.88 | $ 12,348.70 | $ 11,646.82 |
| 1062 | St Vincent Medical Center | 8/14/2018 | 8/16/2018 | 9/27/2018 | 10/17/2018 | $ 3,400.00 | $ 15,000.00 | $ 11,600.00 |
| 1075 | St Vincent Medical Center | 4/24/2018 | 4/26/2018 | 5/3/2018 | 11/15/2018 | $ 3,583.06 | $ 15,000.00 | $ 11,416.94 |
| 1080 | St Vincent Medical Center | 8/31/2018 | 8/31/2018 | 9/27/2018 | 3/19/2019 | $ - | $ 11,372.78 | $ 11,372.78 |
| 1143 | St Vincent Medical Center | 2/15/2018 | 2/17/2018 | 2/27/2018 | 4/17/2018 | $ 4,206.87 | $ 15,000.00 | $ 10,793.13 |
| 1146 | St Vincent Medical Center | 5/4/2018 | 5/9/2018 | 7/11/2018 | 10/25/2018 | $ - | $ 10,769.69 | $ 10,769.69 |
| 1158 | St Vincent Medical Center | 3/2/2018 | 3/9/2018 | 3/14/2018 | 4/11/2018 | $ 1,700.00 | $ 12,338.00 | $ 10,638.00 |
| 1167 | St Vincent Medical Center | 7/21/2018 | 7/24/2018 | 7/30/2018 | None | $ - | $ 10,592.43 | $ 10,592.43 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 1185 | St Vincent Medical Center | 7/23/2018 | 7/26/2018 | 8/1/2018 | None | $ - | $ 10,491.17 | $ 10,491.17 |
| 1240 | St Vincent Medical Center | 1/2/2018 | 1/9/2018 | 1/24/2018 | 3/22/2018 | $ 1,700.00 | $ 11,900.00 | $ 10,200.00 |
| 1272 | St Vincent Medical Center | 8/15/2018 | 8/18/2018 | 9/7/2018 | 9/21/2018 | $ 5,100.00 | $ 15,000.00 | $ 9,900.00 |
| 1280 | St Vincent Medical Center | 2/1/2018 | 2/7/2018 | 2/13/2018 | 3/15/2018 | $ 3,400.00 | $ 13,239.00 | $ 9,839.00 |
| 1327 | St Vincent Medical Center | 8/29/2019 | 8/31/2019 | 12/9/2019 | 12/16/2019 | $ - | $ 9,590.33 | $ 9,590.33 |
| 1383 | St Vincent Medical Center | 9/11/2017 | 9/21/2017 | 9/27/2017 | 3/16/2018 | $ 20,903.51 | $ 30,150.81 | $ 9,247.30 |
| 1394 | St Vincent Medical Center | 10/27/2017 | 11/4/2017 | 11/13/2017 | 12/20/2017 | $ 8,800.00 | $ 18,000.00 | $ 9,200.00 |
| 1408 | St Vincent Medical Center | 10/17/2019 | 10/21/2019 | 11/1/2019 | 11/13/2019 | $ - | $ 9,114.64 | $ 9,114.64 |
| 1428 | St Vincent Medical Center | 8/6/2018 | 8/10/2018 | 8/24/2018 | None | $ - | $ 8,986.33 | $ 8,986.33 |
| 1496 | St Vincent Medical Center | 3/5/2019 | 3/6/2019 | 3/26/2019 | 4/4/2019 | $ 5,439.64 | $ 14,009.31 | $ 8,569.67 |
| 1504 | St Vincent Medical Center | 7/17/2019 | 7/18/2019 | 7/23/2019 | 7/26/2019 | $ - | $ 8,518.68 | $ 8,518.68 |
| 1506 | St Vincent Medical Center | 11/29/2018 | 12/5/2018 | 12/14/2018 | 12/27/2018 | $ 1,700.00 | $ 10,200.00 | $ 8,500.00 |
| 1544 | St Vincent Medical Center | 5/8/2018 | 5/11/2018 | 6/6/2018 | None | $ - | $ 8,400.24 | $ 8,400.24 |
| 1611 | St Vincent Medical Center | 8/25/2019 | 8/29/2019 | 1/27/2020 | None | $ - | $ 8,116.50 | $ 8,116.50 |
| 1683 | St Vincent Medical Center | 2/9/2018 | 2/12/2018 | 2/20/2018 | None | $ - | $ 7,833.88 | $ 7,833.88 |
| 1687 | St Vincent Medical Center | 10/23/2017 | 10/23/2017 | 11/3/2017 | 12/5/2017 | $ 5,513.47 | $ 13,320.38 | $ 7,806.91 |
| 1869 | St Vincent Medical Center | 11/13/2017 | 11/15/2017 | 11/20/2017 | None | $ - | $ 7,197.38 | $ 7,197.38 |
| 2007 | St Vincent Medical Center | 4/9/2019 | 4/11/2019 | 4/22/2019 | 4/29/2019 | $ - | $ 6,749.49 | $ 6,749.49 |
| 2041 | St Vincent Medical Center | 5/3/2019 | 5/3/2019 | 5/17/2019 | 1/8/2020 | $ 11,309.10 | $ 17,958.93 | $ 6,649.83 |
| 2072 | St Vincent Medical Center | 7/3/2018 | 7/6/2018 | 8/8/2018 | 10/5/2018 | $ - | $ 6,524.40 | $ 6,524.40 |
| 2109 | St Vincent Medical Center | 11/29/2017 | 12/13/2017 | 12/20/2017 | 9/21/2018 | $ 36,691.20 | $ 43,141.20 | $ 6,450.00 |
| 2120 | St Vincent Medical Center | 12/8/2018 | 12/9/2018 | 1/10/2019 | 3/25/2019 | $ - | $ 6,412.81 | $ 6,412.81 |
| 2225 | St Vincent Medical Center | 6/1/2018 | 6/6/2018 | 6/11/2018 | 8/14/2018 | $ 2,720.75 | $ 8,800.00 | $ 6,079.25 |
| 2241 | St Vincent Medical Center | 12/30/2017 | 12/31/2017 | 1/9/2018 | 3/20/2018 | $ - | $ 6,044.08 | $ 6,044.08 |
| 2248 | St Vincent Medical Center | 7/1/2018 | 7/2/2018 | 7/9/2018 | 10/12/2018 | $ - | $ 6,019.36 | $ 6,019.36 |
| 2308 | St Vincent Medical Center | 9/19/2017 | 9/21/2017 | 9/26/2017 | 12/8/2017 | $ - | $ 5,870.09 | $ 5,870.09 |
| 2368 | St Vincent Medical Center | 6/27/2018 | 6/28/2018 | 7/3/2018 | None | $ - | $ 5,622.13 | $ 5,622.13 |
| 2377 | St Vincent Medical Center | 7/27/2018 | 7/28/2018 | 8/16/2018 | None | $ - | $ 5,613.92 | $ 5,613.92 |
| 2415 | St Vincent Medical Center | 10/8/2018 | 10/11/2018 | 11/2/2018 | 12/27/2018 | $ 3,282.57 | $ 8,815.59 | $ 5,533.02 |
| 2549 | St Vincent Medical Center | 6/7/2018 | 6/9/2018 | 7/23/2018 | None | $ - | $ 5,296.22 | $ 5,296.22 |
| 2684 | St Vincent Medical Center | 6/1/2018 | 6/1/2018 | 6/18/2018 | 7/3/2018 | $ - | $ 5,101.66 | $ 5,101.66 |
| 2688 | St Vincent Medical Center | 4/25/2018 | 5/1/2018 | 5/7/2018 | 8/9/2018 | $ 5,100.00 | $ 10,200.00 | $ 5,100.00 |
| 2761 | St Vincent Medical Center | 11/5/2018 | 11/6/2018 | 2/11/2019 | 2/14/2019 | $ - | $ 4,980.08 | $ 4,980.08 |
| 2800 | St Vincent Medical Center | 1/10/2019 | 2/1/2019 | 4/11/2019 | 6/15/2020 | $ 52,520.58 | $ 57,429.91 | $ 4,909.33 |
| 2992 | St Vincent Medical Center | 10/2/2017 | 10/6/2017 | 11/10/2017 | 4/15/2019 | $ (1,555.37) | $ 3,107.69 | $ 4,663.06 |
| 3179 | St Vincent Medical Center | 5/24/2018 | 5/25/2018 | 5/30/2018 | 11/21/2018 | $ 1,316.00 | $ 5,737.42 | $ 4,421.42 |
| 3188 | St Vincent Medical Center | 10/24/2017 | 10/27/2017 | 2/1/2018 | 3/22/2018 | $ 6,281.20 | $ 10,681.20 | $ 4,400.00 |
| 3300 | St Vincent Medical Center | 1/27/2018 | 1/30/2018 | 2/14/2018 | 4/19/2018 | $ 4,161.00 | $ 8,401.00 | $ 4,240.00 |
| 3317 | St Vincent Medical Center | 7/3/2018 | 7/3/2018 | 7/9/2018 | 7/25/2018 | $ 151.22 | $ 4,369.95 | $ 4,218.73 |
| 3379 | St Vincent Medical Center | 11/15/2017 | 11/20/2017 | 11/27/2017 | 3/1/2018 | $ 10,841.26 | $ 15,002.47 | $ 4,161.21 |
| 3385 | St Vincent Medical Center | 12/4/2017 | 12/8/2017 | 12/15/2017 | 3/21/2018 | $ 6,875.46 | $ 11,026.27 | $ 4,150.81 |
| 3393 | St Vincent Medical Center | 3/23/2018 | 3/24/2018 | 4/4/2018 | 4/19/2018 | $ 250.79 | $ 4,369.95 | $ 4,119.16 |
| 3404 | St Vincent Medical Center | 1/5/2018 | 1/9/2018 | 1/16/2018 | 4/11/2018 | $ 7,787.20 | $ 11,887.20 | $ 4,100.00 |
| 3407 | St Vincent Medical Center | 2/11/2018 | 2/22/2018 | 2/27/2018 | 3/30/2018 | $ 18,700.00 | $ 22,800.00 | $ 4,100.00 |
| 3438 | St Vincent Medical Center | 10/23/2017 | 10/27/2017 | 11/1/2017 | 8/15/2018 | $ 8,007.13 | $ 12,073.90 | $ 4,066.77 |
| 3451 | St Vincent Medical Center | 3/8/2018 | 3/8/2018 | 3/13/2018 | 4/19/2018 | $ 206.03 | $ 4,260.75 | $ 4,054.72 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 3496 | St Vincent Medical Center | 9/11/2018 | 9/18/2018 | 9/24/2018 | 11/7/2018 | $ 8,620.35 | $ 12,586.35 | $ 3,966.00 |
| 3562 | St Vincent Medical Center | 10/31/2017 | 10/31/2017 | 11/6/2017 | 12/8/2017 | $ 215.47 | $ 4,113.85 | $ 3,898.38 |
| 3745 | St Vincent Medical Center | 12/3/2018 | 12/3/2018 | 12/10/2018 | 1/15/2019 | $ 14,653.49 | $ 18,343.66 | $ 3,690.17 |
| 3744 | St Vincent Medical Center | 3/28/2018 | 3/29/2018 | 4/30/2018 | 10/1/2019 | $ 14,653.49 | $ 18,343.66 | $ 3,690.17 |
| 3959 | St Vincent Medical Center | 8/13/2019 | 8/13/2019 | 1/17/2020 | 2/11/2020 | $ - | $ 3,449.00 | $ 3,449.00 |
| 3958 | St Vincent Medical Center | 9/18/2019 | 9/18/2019 | 9/23/2019 | 12/31/2019 | $ - | $ 3,449.00 | $ 3,449.00 |
| 4000 | St Vincent Medical Center | 4/7/2018 | 4/11/2018 | 4/16/2018 | 5/16/2018 | $ 3,400.00 | $ 6,800.00 | $ 3,400.00 |
| 3999 | St Vincent Medical Center | 3/7/2018 | 3/12/2018 | 3/20/2018 | 4/16/2018 | $ 5,100.00 | $ 8,500.00 | $ 3,400.00 |
| 3998 | St Vincent Medical Center | 12/18/2017 | 12/21/2017 | 12/27/2017 | 2/1/2018 | $ 1,700.00 | $ 5,100.00 | $ 3,400.00 |
| 4092 | St Vincent Medical Center | 1/15/2019 | 1/18/2019 | 1/28/2019 | 3/13/2019 | $ 2,569.19 | $ 5,886.49 | $ 3,317.30 |
| 4993 | St Vincent Medical Center | 10/22/2019 | 10/22/2019 | 10/28/2019 | 11/6/2019 | $ - | $ 3,040.14 | $ 3,040.14 |
| 5056 | St Vincent Medical Center | 10/17/2019 | 10/18/2019 | 10/29/2019 | 12/4/2019 | $ 8,204.84 | $ 11,196.68 | $ 2,991.84 |
| 5294 | St Vincent Medical Center | 8/31/2019 | 9/2/2019 | 11/20/2019 | 12/5/2019 | $ - | $ 2,818.11 | $ 2,818.11 |
| 5569 | St Vincent Medical Center | 7/1/2018 | 7/2/2018 | 10/19/2018 | None | $ - | $ 2,713.83 | $ 2,713.83 |
| 5603 | St Vincent Medical Center | 4/10/2018 | 4/11/2018 | 7/23/2018 | None | $ - | $ 2,697.63 | $ 2,697.63 |
| 5721 | St Vincent Medical Center | 3/11/2019 | 3/12/2019 | 3/18/2019 | 5/10/2019 | $ 3,340.48 | $ 5,989.83 | $ 2,649.35 |
| 5982 | St Vincent Medical Center | 1/30/2019 | 1/31/2019 | 4/17/2019 | 4/24/2019 | $ - | $ 2,548.14 | $ 2,548.14 |
| 6027 | St Vincent Medical Center | 8/24/2018 | 8/24/2018 | 8/30/2018 | 10/31/2018 | $ 6,005.43 | $ 8,526.60 | $ 2,521.17 |
| 6516 | St Vincent Medical Center | 12/12/2018 | 12/13/2018 | 12/18/2018 | 1/4/2019 | $ 996.55 | $ 3,376.44 | $ 2,379.89 |
| 6580 | St Vincent Medical Center | 1/13/2018 | 1/16/2018 | 2/12/2018 | 11/19/2019 | $ 8,775.18 | $ 11,130.19 | $ 2,355.01 |
| 6895 | St Vincent Medical Center | 3/16/2018 | 3/16/2018 | 3/28/2018 | 4/23/2018 | $ 1,284.85 | $ 3,569.46 | $ 2,284.61 |
| 7283 | St Vincent Medical Center | 1/24/2019 | 2/4/2019 | 2/15/2019 | 4/29/2019 | $ 17,292.60 | $ 19,516.60 | $ 2,224.00 |
| 7325 | St Vincent Medical Center | 6/14/2018 | 6/14/2018 | 6/20/2018 | 7/18/2018 | $ 943.57 | $ 3,165.65 | $ 2,222.08 |
| 7493 | St Vincent Medical Center | 6/21/2019 | 6/21/2019 | 6/27/2019 | 11/21/2019 | $ 2,851.39 | $ 5,036.97 | $ 2,185.58 |
| 7977 | St Vincent Medical Center | 2/1/2018 | 2/9/2018 | 2/20/2018 | 3/22/2018 | $ 13,600.00 | $ 15,650.00 | $ 2,050.00 |
| 7976 | St Vincent Medical Center | 10/23/2017 | 10/27/2017 | 11/1/2017 | 12/8/2017 | $ 11,777.20 | $ 13,827.20 | $ 2,050.00 |
| 8161 | St Vincent Medical Center | 7/12/2019 | 7/15/2019 | 8/2/2019 | 8/12/2019 | $ - | $ 1,987.53 | $ 1,987.53 |
| 9147 | St Vincent Medical Center | 3/19/2018 | 3/21/2018 | 3/26/2018 | 4/19/2018 | $ 1,700.00 | $ 3,400.00 | $ 1,700.00 |
| 9146 | St Vincent Medical Center | 2/27/2018 | 3/3/2018 | 3/8/2018 | 4/11/2018 | $ 5,265.20 | $ 6,965.20 | $ 1,700.00 |
| 9204 | St Vincent Medical Center | 9/1/2017 | 9/1/2017 | 12/20/2017 | 1/22/2018 | $ 17,688.60 | $ 19,376.01 | $ 1,687.41 |
| 9285 | St Vincent Medical Center | 12/22/2017 | 12/25/2017 | 1/3/2018 | 8/20/2018 | $ 6,094.02 | $ 7,763.60 | $ 1,669.58 |
| 9371 | St Vincent Medical Center | 10/11/2017 | 10/16/2017 | 12/28/2017 | 2/1/2018 | $ 6,861.47 | $ 8,500.00 | $ 1,638.53 |
| 9751 | St Vincent Medical Center | 12/31/2019 | 12/31/2019 | 1/22/2020 | 1/30/2020 | $ - | $ 1,543.46 | $ 1,543.46 |
| 10046 | St Vincent Medical Center | 10/31/2019 | 10/31/2019 | 11/8/2019 | 12/17/2019 | $ 113.93 | $ 1,565.87 | $ 1,451.94 |
| 10079 | St Vincent Medical Center | 5/29/2019 | 5/29/2019 | 6/3/2019 | 2/5/2020 | $ - | $ 1,436.43 | $ 1,436.43 |
| 10153 | St Vincent Medical Center | 10/9/2017 | 10/9/2017 | 11/14/2017 | 12/6/2017 | $ 60.80 | $ 1,482.65 | $ 1,421.85 |
| 10191 | St Vincent Medical Center | 6/22/2019 | 6/22/2019 | 7/2/2019 | 7/9/2019 | $ - | $ 1,410.54 | $ 1,410.54 |
| 10266 | St Vincent Medical Center | 4/10/2019 | 4/11/2019 | 5/22/2019 | None | $ - | $ 1,387.00 | $ 1,387.00 |
| 10265 | St Vincent Medical Center | 1/11/2019 | 1/12/2019 | 1/24/2019 | None | $ - | $ 1,387.00 | $ 1,387.00 |
| 10344 | St Vincent Medical Center | 4/18/2019 | 4/18/2019 | 5/6/2019 | 5/13/2019 | $ - | $ 1,367.40 | $ 1,367.40 |
| 10354 | St Vincent Medical Center | 4/22/2019 | 4/23/2019 | 4/29/2019 | 7/3/2019 | $ 23.00 | $ 1,387.00 | $ 1,364.00 |
| 10353 | St Vincent Medical Center | 2/23/2019 | 3/1/2019 | 3/8/2019 | 5/21/2019 | $ 8,626.00 | $ 9,990.00 | $ 1,364.00 |
| 10361 | St Vincent Medical Center | 11/17/2019 | 11/17/2019 | 11/25/2019 | 12/4/2019 | $ - | $ 1,361.43 | $ 1,361.43 |
| 10426 | St Vincent Medical Center | 10/7/2019 | 10/13/2019 | 10/23/2019 | 5/6/2020 | $ 7,995.08 | $ 9,336.56 | $ 1,341.48 |
| 10431 | St Vincent Medical Center | 3/31/2018 | 4/4/2018 | 4/9/2018 | 7/16/2018 | $ 4,208.00 | $ 5,548.00 | $ 1,340.00 |
| 10483 | St Vincent Medical Center | 7/1/2019 | 7/1/2019 | 7/10/2019 | 7/29/2019 | $ - | $ 1,318.20 | $ 1,318.20 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 10486 | St Vincent Medical Center | 4/14/2018 | 4/16/2018 | 4/23/2018 | 6/20/2018 | $ 4,734.64 | $ 6,051.12 | $ 1,316.48 |
| 10487 | St Vincent Medical Center | 11/15/2018 | 11/17/2018 | 11/26/2018 | 9/26/2019 | $ 11,178.89 | $ 12,495.36 | $ 1,316.47 |
| 10488 | St Vincent Medical Center | 7/20/2018 | 7/23/2018 | 7/30/2018 | 3/12/2019 | $ 6,506.89 | $ 7,823.36 | $ 1,316.47 |
| 10538 | St Vincent Medical Center | 5/3/2018 | 5/5/2018 | 5/10/2018 | 8/30/2018 | $ 4,232.49 | $ 5,542.32 | $ 1,309.83 |
| 10592 | St Vincent Medical Center | 10/26/2017 | 11/1/2017 | 11/6/2017 | 6/11/2018 | $ 10,821.80 | $ 12,118.84 | $ 1,297.04 |
| 10604 | St Vincent Medical Center | 6/18/2018 | 6/20/2018 | 7/24/2018 | 9/6/2018 | $ 17,401.91 | $ 18,694.22 | $ 1,292.31 |
| 10606 | St Vincent Medical Center | 3/5/2018 | 3/7/2018 | 3/12/2018 | 8/29/2018 | $ 5,283.11 | $ 6,574.33 | $ 1,291.22 |
| 10618 | St Vincent Medical Center | 11/7/2017 | 11/15/2017 | 11/20/2017 | 10/31/2018 | $ 8,259.18 | $ 9,547.74 | $ 1,288.56 |
| 10619 | St Vincent Medical Center | 12/13/2017 | 12/18/2017 | 12/28/2017 | 3/22/2018 | $ 26,427.58 | $ 27,716.14 | $ 1,288.56 |
| 10621 | St Vincent Medical Center | 1/1/2018 | 1/3/2018 | 1/9/2018 | 3/22/2018 | $ 1,486.00 | $ 2,774.00 | $ 1,288.00 |
| 10636 | St Vincent Medical Center | 3/9/2018 | 3/13/2018 | 3/19/2018 | 5/15/2019 | $ 7,500.53 | $ 8,782.48 | $ 1,281.95 |
| 10697 | St Vincent Medical Center | 11/19/2017 | 11/21/2017 | 11/27/2017 | 1/18/2018 | $ 8,561.56 | $ 9,828.24 | $ 1,266.68 |
| 10713 | St Vincent Medical Center | 1/25/2018 | 1/31/2018 | 2/6/2018 | 3/14/2018 | $ 10,200.00 | $ 11,461.93 | $ 1,261.93 |
| 10819 | St Vincent Medical Center | 2/13/2018 | 2/13/2018 | 3/14/2018 | 4/10/2018 | $ 4,860.89 | $ 6,100.91 | $ 1,240.02 |
| 11005 | St Vincent Medical Center | 1/3/2018 | 1/3/2018 | 1/9/2018 | 5/8/2018 | $ 917.82 | $ 2,107.41 | $ 1,189.59 |
| 11312 | St Vincent Medical Center | 10/1/2019 | 10/5/2019 | 10/10/2019 | 10/31/2019 | $ 12,419.57 | $ 13,539.31 | $ 1,119.74 |
| 11323 | St Vincent Medical Center | 8/29/2018 | 9/3/2018 | 9/20/2018 | 10/23/2018 | $ 7,383.43 | $ 8,500.00 | $ 1,116.57 |
| 11342 | St Vincent Medical Center | 6/19/2018 | 7/2/2018 | 7/17/2018 | 8/29/2018 | $ 23,416.42 | $ 24,529.52 | $ 1,113.10 |
| 11355 | St Vincent Medical Center | 4/3/2019 | 4/7/2019 | 4/12/2019 | 6/13/2019 | $ 5,548.00 | $ 6,660.00 | $ 1,112.00 |
| 11354 | St Vincent Medical Center | 2/5/2019 | 2/9/2019 | 2/14/2019 | 4/15/2019 | $ 5,548.00 | $ 6,660.00 | $ 1,112.00 |
| 11605 | St Vincent Medical Center | 11/3/2017 | 11/3/2017 | 11/9/2017 | 11/27/2017 | $ 43.23 | $ 1,105.65 | $ 1,062.42 |
| 11608 | St Vincent Medical Center | 4/28/2018 | 4/28/2018 | 6/26/2018 | 5/31/2018 | $ - | $ 1,062.21 | $ 1,062.21 |
| 11639 | St Vincent Medical Center | 1/16/2018 | 1/16/2018 | 2/21/2018 | 4/24/2018 | $ 112.24 | $ 1,170.65 | $ 1,058.41 |
| 11648 | St Vincent Medical Center | 7/22/2018 | 7/22/2018 | 7/30/2018 | 8/31/2018 | $ 49.26 | $ 1,105.65 | $ 1,056.39 |
| 11654 | St Vincent Medical Center | 10/30/2017 | 10/30/2017 | 11/6/2017 | 11/20/2017 | $ 49.60 | $ 1,105.65 | $ 1,056.05 |
| 11885 | St Vincent Medical Center | 9/8/2017 | 9/8/2017 | 9/13/2017 | 10/30/2017 | $ 5,145.54 | $ 6,158.35 | $ 1,012.81 |
| 12026 | St Vincent Medical Center | 3/10/2018 | 3/11/2018 | 7/19/2018 | 7/3/2018 | $ 401.00 | $ 1,387.00 | $ 986.00 |
| 12052 | St Vincent Medical Center | 11/8/2019 | 11/11/2019 | 11/22/2019 | 6/16/2020 | $ 4,500.00 | $ 5,481.25 | $ 981.25 |
| 12159 | St Vincent Medical Center | 5/29/2018 | 5/29/2018 | 6/7/2018 | 7/6/2018 | $ 346.00 | $ 1,310.60 | $ 964.60 |
| 12253 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/6/2017 | 3/30/2018 | $ 195.39 | $ 1,144.97 | $ 949.58 |
| 12323 | St Vincent Medical Center | 8/7/2018 | 8/10/2018 | 9/28/2018 | 10/17/2018 | $ 5,100.00 | $ 6,032.80 | $ 932.80 |
| 12329 | St Vincent Medical Center | 2/8/2018 | 2/8/2018 | 6/13/2018 | 6/29/2018 | $ 1,609.23 | $ 2,540.61 | $ 931.38 |
| 12417 | St Vincent Medical Center | 10/3/2019 | 10/7/2019 | 10/14/2019 | 11/19/2019 | $ 5,743.00 | $ 6,660.00 | $ 917.00 |
| 12624 | St Vincent Medical Center | 3/18/2019 | 3/18/2019 | 5/20/2019 | None | $ - | $ 876.47 | $ 876.47 |
| 12886 | St Vincent Medical Center | 1/17/2019 | 1/20/2019 | 2/1/2019 | 4/12/2019 | $ 388.56 | $ 1,207.56 | $ 819.00 |
| 12904 | St Vincent Medical Center | 11/22/2017 | 11/22/2017 | 7/19/2019 | 6/14/2019 | $ - | $ 815.93 | $ 815.93 |
| 12971 | St Vincent Medical Center | 11/15/2019 | 11/15/2019 | 11/22/2019 | 12/3/2019 | $ - | $ 803.27 | $ 803.27 |
| 13243 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/7/2017 | 4/23/2018 | $ 63.20 | $ 818.60 | $ 755.40 |
| 13428 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/15/2017 | 3/30/2018 | $ 414.75 | $ 1,144.97 | $ 730.22 |
| 13718 | St Vincent Medical Center | 3/19/2019 | 3/19/2019 | 1/27/2020 | 4/12/2019 | $ - | $ 699.03 | $ 699.03 |
| 13731 | St Vincent Medical Center | 11/13/2017 | 11/13/2017 | 12/1/2017 | 2/16/2018 | $ 2,525.25 | $ 3,220.99 | $ 695.74 |
| 13730 | St Vincent Medical Center | 10/18/2017 | 10/18/2017 | 11/20/2017 | 3/20/2018 | $ 2,525.25 | $ 3,220.99 | $ 695.74 |
| 13759 | St Vincent Medical Center | 6/20/2018 | 6/21/2018 | 7/25/2018 | 9/12/2018 | $ 6,053.02 | $ 6,745.13 | $ 692.11 |
| 13983 | St Vincent Medical Center | 7/4/2019 | 7/4/2019 | 7/19/2019 | 7/26/2019 | $ - | $ 680.12 | $ 680.12 |
| 14015 | St Vincent Medical Center | 12/6/2019 | 12/6/2019 | 12/12/2019 | 12/19/2019 | $ - | $ 676.27 | $ 676.27 |
| 14075 | St Vincent Medical Center | 11/6/2018 | 11/6/2018 | 12/5/2018 | 1/15/2019 | $ - | $ 671.45 | $ 671.45 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 14082 | St Vincent Medical Center | 7/8/2019 | 7/8/2019 | 7/15/2019 | 8/12/2019 | $ 457.05 | $ 1,127.64 | $ 670.59 |
| 14094 | St Vincent Medical Center | 5/22/2019 | 5/23/2019 | 6/27/2019 | 8/9/2019 | $ 2,233.32 | $ 2,901.80 | $ 668.48 |
| 14113 | St Vincent Medical Center | 9/19/2017 | 10/11/2017 | 11/15/2017 | 3/30/2018 | $ 33,932.39 | $ 34,598.61 | $ 666.22 |
| 14119 | St Vincent Medical Center | 8/31/2017 | 8/31/2017 | 9/12/2017 | 10/26/2017 | $ 880.52 | $ 1,546.07 | $ 665.55 |
| 14187 | St Vincent Medical Center | 10/30/2019 | 10/31/2019 | 11/8/2019 | 12/13/2019 | $ 2,103.74 | $ 2,761.17 | $ 657.43 |
| 14461 | St Vincent Medical Center | 2/13/2019 | 2/13/2019 | 2/19/2019 | 2/21/2020 | $ 2,757.79 | $ 3,392.08 | $ 634.29 |
| 14520 | St Vincent Medical Center | 12/3/2019 | 12/27/2019 | 1/9/2020 | 1/22/2020 | $ - | $ 627.92 | $ 627.92 |
| 14733 | St Vincent Medical Center | 10/18/2017 | 10/18/2017 | 10/23/2017 | 1/9/2018 | $ 236.78 | $ 849.04 | $ 612.26 |
| 14798 | St Vincent Medical Center | 10/27/2017 | 10/27/2017 | 11/14/2017 | 1/9/2018 | $ 45.75 | $ 652.74 | $ 606.99 |
| 14807 | St Vincent Medical Center | 1/26/2018 | 1/26/2018 | 1/31/2018 | 3/22/2018 | $ 43.23 | $ 650.00 | $ 606.77 |
| 14806 | St Vincent Medical Center | 11/1/2018 | 11/1/2018 | 11/9/2018 | 11/21/2018 | $ 43.23 | $ 650.00 | $ 606.77 |
| 14838 | St Vincent Medical Center | 12/30/2019 | 12/30/2019 | 1/13/2020 | 1/22/2020 | $ - | $ 602.86 | $ 602.86 |
| 15188 | St Vincent Medical Center | 12/12/2019 | 12/12/2019 | 1/6/2020 | None | $ - | $ 581.87 | $ 581.87 |
| 15192 | St Vincent Medical Center | 6/25/2018 | 6/25/2018 | 7/5/2018 | 7/18/2018 | $ 2,280.05 | $ 2,861.70 | $ 581.65 |
| 15191 | St Vincent Medical Center | 1/24/2018 | 1/24/2018 | 3/12/2018 | 4/12/2018 | $ 2,280.05 | $ 2,861.70 | $ 581.65 |
| 15286 | St Vincent Medical Center | 4/17/2018 | 4/17/2018 | 7/25/2018 | 8/15/2018 | $ 802.08 | $ 1,380.69 | $ 578.61 |
| 15349 | St Vincent Medical Center | 12/6/2017 | 12/6/2017 | 12/26/2017 | 2/1/2018 | $ 5,641.23 | $ 6,214.82 | $ 573.59 |
| 15502 | St Vincent Medical Center | 6/5/2019 | 6/26/2019 | 7/5/2019 | 9/19/2019 | $ 224.96 | $ 785.02 | $ 560.06 |
| 15507 | St Vincent Medical Center | 1/2/2020 | 1/14/2020 | 2/6/2020 | 3/31/2020 | $ 2,192.99 | $ 2,752.76 | $ 559.77 |
| 15611 | St Vincent Medical Center | 8/14/2018 | 8/14/2018 | 8/20/2018 | 9/6/2018 | $ 709.33 | $ 1,261.06 | $ 551.73 |
| 15745 | St Vincent Medical Center | 12/21/2017 | 12/21/2017 | 12/27/2017 | 3/28/2018 | $ 2,868.18 | $ 3,406.00 | $ 537.82 |
| 15833 | St Vincent Medical Center | 7/22/2019 | 7/23/2019 | 8/14/2019 | 12/3/2019 | $ 2,324.89 | $ 2,852.89 | $ 528.00 |
| 15931 | St Vincent Medical Center | 3/1/2018 | 3/1/2018 | 4/10/2018 | 5/10/2018 | $ 3,125.52 | $ 3,648.95 | $ 523.43 |
| 15938 | St Vincent Medical Center | 10/2/2017 | 10/4/2017 | 11/7/2017 | 1/9/2018 | $ 158.95 | $ 681.97 | $ 523.02 |
| 15955 | St Vincent Medical Center | 3/29/2019 | 3/29/2019 | 4/3/2019 | 6/17/2019 | $ - | $ 522.00 | $ 522.00 |
| 16017 | St Vincent Medical Center | 10/1/2019 | 10/22/2019 | 11/5/2019 | 12/4/2019 | $ 2,383.30 | $ 2,901.52 | $ 518.22 |
| 16146 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 12/7/2017 | 1/17/2018 | $ 2,027.55 | $ 2,534.44 | $ 506.89 |
| 16254 | St Vincent Medical Center | 8/14/2018 | 8/14/2018 | 8/20/2018 | 11/2/2018 | $ 310.27 | $ 810.54 | $ 500.27 |
| 16349 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/14/2017 | 1/23/2018 | $ 842.54 | $ 1,340.43 | $ 497.89 |
| 16379 | St Vincent Medical Center | 9/18/2017 | 9/28/2017 | 6/22/2018 | 6/28/2019 | $ 5,772.32 | $ 6,266.78 | $ 494.46 |
| 16570 | St Vincent Medical Center | 10/24/2018 | 10/24/2018 | 12/11/2018 | 12/24/2018 | $ 5,358.32 | $ 5,844.58 | $ 486.26 |
| 16596 | St Vincent Medical Center | 8/2/2019 | 8/2/2019 | 1/17/2020 | 2/11/2020 | $ - | $ 486.00 | $ 486.00 |
| 16595 | St Vincent Medical Center | 9/26/2019 | 9/26/2019 | 1/27/2020 | None | $ - | $ 486.00 | $ 486.00 |
| 16584 | St Vincent Medical Center | 2/23/2018 | 2/23/2018 | 7/13/2018 | None | $ - | $ 486.00 | $ 486.00 |
| 16579 | St Vincent Medical Center | 8/21/2018 | 8/21/2018 | 1/27/2020 | None | $ - | $ 486.00 | $ 486.00 |
| 16815 | St Vincent Medical Center | 1/3/2020 | 1/3/2020 | 1/22/2020 | 1/29/2020 | $ - | $ 470.70 | $ 470.70 |
| 16953 | St Vincent Medical Center | 8/8/2018 | 8/8/2018 | 8/20/2018 | 1/3/2019 | $ 1,530.77 | $ 1,994.93 | $ 464.16 |
| 17134 | St Vincent Medical Center | 4/10/2019 | 4/23/2019 | 4/29/2019 | 11/5/2019 | $ 22,253.41 | $ 22,708.09 | $ 454.68 |
| 17553 | St Vincent Medical Center | 12/4/2017 | 12/4/2017 | 2/1/2018 | 3/22/2018 | $ 16,792.67 | $ 17,235.38 | $ 442.71 |
| 17663 | St Vincent Medical Center | 4/22/2019 | 4/22/2019 | 5/15/2019 | None | $ - | $ 436.15 | $ 436.15 |
| 17802 | St Vincent Medical Center | 2/18/2019 | 2/19/2019 | 2/25/2019 | 3/19/2019 | $ 815.78 | $ 1,244.26 | $ 428.48 |
| 17851 | St Vincent Medical Center | 11/8/2018 | 11/21/2018 | 12/14/2018 | 2/8/2019 | $ 21,645.00 | $ 22,070.00 | $ 425.00 |
| 18007 | St Vincent Medical Center | 7/30/2018 | 8/1/2018 | 8/6/2018 | 12/31/2018 | $ 20,379.61 | $ 20,795.49 | $ 415.88 |
| 18934 | St Vincent Medical Center | 7/1/2019 | 7/1/2019 | 7/25/2019 | 4/24/2020 | $ 305.46 | $ 676.27 | $ 370.81 |
| 19034 | St Vincent Medical Center | 1/29/2018 | 1/29/2018 | 2/5/2018 | 4/5/2018 | $ 357.41 | $ 722.04 | $ 364.63 |
| 19083 | St Vincent Medical Center | 4/15/2019 | 4/15/2019 | 5/2/2019 | 5/10/2019 | $ - | $ 362.70 | $ 362.70 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 19154 | St Vincent Medical Center | 7/24/2018 | 7/24/2018 | 8/8/2018 | 9/10/2018 | $ 401.39 | $ 760.20 | $ 358.81 |
| 19260 | St Vincent Medical Center | 4/17/2018 | 4/19/2018 | 4/24/2018 | 6/28/2018 | $ 22,336.61 | $ 22,691.18 | $ 354.57 |
| 19282 | St Vincent Medical Center | 7/15/2019 | 7/15/2019 | 8/2/2019 | 8/12/2019 | $ - | $ 353.16 | $ 353.16 |
| 19281 | St Vincent Medical Center | 3/4/2019 | 3/4/2019 | 4/8/2019 | None | $ - | $ 353.16 | $ 353.16 |
| 19433 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/6/2017 | 3/14/2018 | $ 327.95 | $ 675.84 | $ 347.89 |
| 19529 | St Vincent Medical Center | 10/31/2018 | 11/1/2018 | 12/17/2018 | 1/4/2019 | $ 10,263.80 | $ 10,607.93 | $ 344.13 |
| 19725 | St Vincent Medical Center | 3/30/2018 | 3/30/2018 | 4/4/2018 | 4/25/2018 | $ 96.63 | $ 430.96 | $ 334.33 |
| 19862 | St Vincent Medical Center | 12/27/2019 | 12/27/2019 | 1/21/2020 | 1/28/2020 | $ - | $ 328.34 | $ 328.34 |
| 19861 | St Vincent Medical Center | 12/4/2019 | 12/4/2019 | 12/10/2019 | 1/29/2020 | $ - | $ 328.34 | $ 328.34 |
| 19860 | St Vincent Medical Center | 7/30/2019 | 7/30/2019 | 8/6/2019 | 8/13/2019 | $ - | $ 328.34 | $ 328.34 |
| 20373 | St Vincent Medical Center | 11/1/2017 | 11/1/2017 | 11/15/2017 | 12/19/2017 | $ 652.74 | $ 964.14 | $ 311.40 |
| 20422 | St Vincent Medical Center | 1/7/2019 | 1/13/2019 | 1/22/2019 | 7/30/2019 | $ 15,156.48 | $ 15,465.76 | $ 309.28 |
| 20421 | St Vincent Medical Center | 1/2/2019 | 1/11/2019 | 1/17/2019 | 8/2/2019 | $ 15,156.48 | $ 15,465.76 | $ 309.28 |
| 21001 | St Vincent Medical Center | 5/2/2019 | 5/2/2019 | 6/19/2019 | 7/16/2019 | $ 3,149.72 | $ 3,449.00 | $ 299.28 |
| 21145 | St Vincent Medical Center | 8/29/2019 | 8/29/2019 | 9/4/2019 | 9/12/2019 | $ 423.79 | $ 719.69 | $ 295.90 |
| 21177 | St Vincent Medical Center | 1/22/2018 | 1/22/2018 | 1/29/2018 | 3/30/2018 | $ 817.33 | $ 1,112.10 | $ 294.77 |
| 21281 | St Vincent Medical Center | 5/16/2019 | 5/16/2019 | 5/21/2019 | None | $ - | $ 290.39 | $ 290.39 |
| 21375 | St Vincent Medical Center | 11/13/2019 | 11/13/2019 | 11/18/2019 | 1/22/2020 | $ 1,150.33 | $ 1,437.91 | $ 287.58 |
| 21374 | St Vincent Medical Center | 5/29/2019 | 5/29/2019 | 6/4/2019 | 7/9/2019 | $ 1,150.33 | $ 1,437.91 | $ 287.58 |
| 21636 | St Vincent Medical Center | 7/1/2019 | 7/9/2019 | 8/5/2019 | 10/24/2019 | $ 424.20 | $ 705.89 | $ 281.69 |
| 21855 | St Vincent Medical Center | 3/4/2019 | 3/6/2019 | 3/12/2019 | 7/30/2019 | $ 13,573.91 | $ 13,853.25 | $ 279.34 |
| 21868 | St Vincent Medical Center | 12/1/2018 | 12/1/2018 | 12/17/2018 | 12/31/2018 | $ 440.31 | $ 718.87 | $ 278.56 |
| 21885 | St Vincent Medical Center | 5/10/2018 | 5/24/2018 | 5/31/2018 | 7/23/2018 | $ 19,418.00 | $ 19,696.00 | $ 278.00 |
| 21883 | St Vincent Medical Center | 4/26/2018 | 4/27/2018 | 5/2/2018 | 7/10/2018 | $ 1,387.00 | $ 1,665.00 | $ 278.00 |
| 22026 | St Vincent Medical Center | 1/11/2019 | 1/11/2019 | 2/13/2019 | 4/30/2019 | $ 598.24 | $ 872.91 | $ 274.67 |
| 22321 | St Vincent Medical Center | 2/11/2019 | 2/12/2019 | 2/21/2019 | 6/4/2019 | $ 1,064.30 | $ 1,330.38 | $ 266.08 |
| 22324 | St Vincent Medical Center | 9/20/2019 | 9/20/2019 | 9/25/2019 | 10/29/2019 | $ 466.00 | $ 731.85 | $ 265.85 |
| 22365 | St Vincent Medical Center | 1/3/2019 | 1/3/2019 | 1/10/2019 | 2/5/2019 | $ - | $ 264.28 | $ 264.28 |
| 22405 | St Vincent Medical Center | 8/7/2019 | 8/7/2019 | 8/12/2019 | 9/13/2019 | $ 438.12 | $ 701.37 | $ 263.25 |
| 22419 | St Vincent Medical Center | 12/1/2017 | 12/1/2017 | 12/15/2017 | 3/21/2018 | $ 6,154.11 | $ 6,417.07 | $ 262.96 |
| 22494 | St Vincent Medical Center | 10/28/2019 | 10/28/2019 | 11/5/2019 | 11/13/2019 | $ - | $ 260.81 | $ 260.81 |
| 22489 | St Vincent Medical Center | 3/22/2019 | 3/22/2019 | 4/4/2019 | 4/11/2019 | $ - | $ 260.81 | $ 260.81 |
| 22577 | St Vincent Medical Center | 9/7/2018 | 9/7/2018 | 9/20/2019 | 2/21/2020 | $ 301.00 | $ 558.73 | $ 257.73 |
| 22606 | St Vincent Medical Center | 11/27/2017 | 11/27/2017 | 1/5/2018 | 3/22/2018 | $ 1,007.15 | $ 1,264.08 | $ 256.93 |
| 22615 | St Vincent Medical Center | 8/3/2019 | 8/6/2019 | 11/5/2019 | 11/13/2019 | $ - | $ 256.64 | $ 256.64 |
| 22614 | St Vincent Medical Center | 9/8/2019 | 9/8/2019 | 9/16/2019 | 9/26/2019 | $ - | $ 256.64 | $ 256.64 |
| 22613 | St Vincent Medical Center | 6/11/2019 | 6/11/2019 | 2/7/2020 | 6/24/2019 | $ - | $ 256.64 | $ 256.64 |
| 22612 | St Vincent Medical Center | 5/8/2019 | 5/8/2019 | 5/13/2019 | 5/20/2019 | $ - | $ 256.64 | $ 256.64 |
| 22611 | St Vincent Medical Center | 2/7/2019 | 2/8/2019 | 4/24/2019 | 4/30/2019 | $ - | $ 256.64 | $ 256.64 |
| 22610 | St Vincent Medical Center | 2/6/2019 | 2/6/2019 | 2/19/2019 | 6/15/2020 | $ - | $ 256.64 | $ 256.64 |
| 22666 | St Vincent Medical Center | 5/26/2018 | 5/26/2018 | 5/31/2018 | None | $ - | $ 255.62 | $ 255.62 |
| 22657 | St Vincent Medical Center | 3/15/2018 | 3/15/2018 | 3/20/2018 | None | $ - | $ 255.62 | $ 255.62 |
| 22790 | St Vincent Medical Center | 8/8/2018 | 8/9/2018 | 8/27/2018 | 12/26/2018 | $ 10,200.80 | $ 10,452.75 | $ 251.95 |
| 22846 | St Vincent Medical Center | 2/22/2018 | 2/22/2018 | 3/9/2018 | 4/19/2018 | $ 167.86 | $ 418.13 | $ 250.27 |

Total $ 2,290,122.01