# EXHIBIT D

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|----|----------|-------------------|-----------------|-------------|-------------------|-------------------|----------------------------|----------|
| 62 | Seton Medical Center | 5/17/2018 | 5/25/2018 | 6/1/2018 | 6/20/2018 | $ - | $ 113,136.00 | $ 113,136.00 |

|  |  | | | | | | **Total** | **$ 113,136.00** |