# EXHIBIT F

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 198 | O'Connor Hospital | 8/9/2018 | 8/17/2018 | 8/21/2018 | 4/15/2019 | $ - | $ 50,119.90 | $ 50,119.90 |
| 458 | O'Connor Hospital | 9/16/2017 | 9/20/2017 | 9/26/2017 | 9/6/2018 | $ 6,621.89 | $ 30,590.94 | $ 23,969.05 |
| 820 | O'Connor Hospital | 10/16/2018 | 10/17/2018 | 1/11/2019 | 7/16/2019 | $ 24.51 | $ 14,564.05 | $ 14,539.54 |
| 854 | O'Connor Hospital | 10/6/2017 | 10/6/2017 | 3/19/2019 | None | $ - | $ 14,067.30 | $ 14,067.30 |
| 890 | O'Connor Hospital | 11/12/2018 | 11/19/2018 | 12/6/2018 | 2/12/2019 | $ 461.60 | $ 13,983.98 | $ 13,522.38 |
| 1171 | O'Connor Hospital | 2/14/2019 | 2/21/2019 | 2/25/2019 | 3/14/2019 | $ - | $ 10,555.71 | $ 10,555.71 |
| 1337 | O'Connor Hospital | 9/6/2018 | 9/7/2018 | 9/11/2018 | 8/15/2019 | $ - | $ 9,487.42 | $ 9,487.42 |
| 1368 | O'Connor Hospital | 9/1/2017 | 9/21/2017 | 10/18/2017 | 1/23/2018 | $ 297.08 | $ 9,643.71 | $ 9,346.63 |
| 1418 | O'Connor Hospital | 3/9/2018 | 3/14/2018 | 8/30/2018 | 4/27/2018 | $ - | $ 9,056.22 | $ 9,056.22 |
| 1591 | O'Connor Hospital | 1/21/2019 | 1/23/2019 | 1/29/2019 | 3/29/2019 | $ - | $ 8,182.51 | $ 8,182.51 |
| 1682 | O'Connor Hospital | 12/12/2018 | 12/12/2018 | 1/7/2019 | 2/5/2019 | $ - | $ 7,834.80 | $ 7,834.80 |
| 1695 | O'Connor Hospital | 1/3/2019 | 1/3/2019 | 4/15/2019 | None | $ - | $ 7,786.13 | $ 7,786.13 |
| 1718 | O'Connor Hospital | 7/11/2018 | 7/11/2018 | 8/7/2018 | 9/6/2018 | $ 1,375.72 | $ 9,054.69 | $ 7,678.97 |
| 1752 | O'Connor Hospital | 4/18/2018 | 4/25/2018 | 5/1/2018 | 11/21/2018 | $ 9,947.57 | $ 17,500.77 | $ 7,553.20 |
| 1804 | O'Connor Hospital | 12/28/2018 | 12/31/2018 | 1/15/2019 | 3/12/2019 | $ - | $ 7,421.60 | $ 7,421.60 |
| 1868 | O'Connor Hospital | 12/5/2018 | 12/31/2018 | 1/14/2019 | 4/3/2019 | $ 2,580.67 | $ 9,782.33 | $ 7,201.66 |
| 2004 | O'Connor Hospital | 11/1/2017 | 11/30/2017 | 12/6/2017 | 2/13/2018 | $ 503.46 | $ 7,263.74 | $ 6,760.28 |
| 2075 | O'Connor Hospital | 1/3/2018 | 1/8/2018 | 3/27/2018 | 7/5/2019 | $ 6,264.19 | $ 12,783.01 | $ 6,518.82 |
| 2224 | O'Connor Hospital | 12/10/2018 | 12/14/2018 | 1/7/2019 | 1/31/2019 | $ - | $ 6,089.43 | $ 6,089.43 |
| 2273 | O'Connor Hospital | 10/1/2018 | 10/22/2018 | 5/21/2019 | 5/31/2019 | $ - | $ 5,946.48 | $ 5,946.48 |
| 2304 | O'Connor Hospital | 7/9/2018 | 7/31/2018 | 8/24/2018 | 2/8/2019 | $ 5,780.55 | $ 11,657.20 | $ 5,876.65 |
| 2412 | O'Connor Hospital | 5/14/2018 | 5/31/2018 | 8/23/2018 | None | $ - | $ 5,550.12 | $ 5,550.12 |
| 2632 | O'Connor Hospital | 9/19/2018 | 9/28/2018 | 10/17/2018 | None | $ - | $ 5,207.01 | $ 5,207.01 |
| 2682 | O'Connor Hospital | 2/5/2018 | 2/27/2018 | 3/12/2018 | None | $ - | $ 5,104.73 | $ 5,104.73 |
| 2749 | O'Connor Hospital | 10/1/2017 | 10/31/2017 | 4/19/2019 | None | $ - | $ 4,991.69 | $ 4,991.69 |
| 2857 | O'Connor Hospital | 12/18/2018 | 12/21/2018 | 12/27/2018 | 4/15/2019 | $ 12,194.71 | $ 17,051.32 | $ 4,856.61 |
| 3283 | O'Connor Hospital | 4/26/2018 | 4/29/2018 | 5/4/2018 | 5/24/2018 | $ 6,914.87 | $ 11,187.49 | $ 4,272.62 |
| 3398 | O'Connor Hospital | 8/9/2018 | 8/9/2018 | 8/28/2018 | 7/11/2019 | $ 1,520.52 | $ 5,630.78 | $ 4,110.26 |
| 3449 | O'Connor Hospital | 12/23/2018 | 12/23/2018 | 12/31/2018 | 2/15/2019 | $ 456.34 | $ 4,513.00 | $ 4,056.66 |
| 3457 | O'Connor Hospital | 9/6/2017 | 9/27/2017 | 9/23/2019 | 8/8/2018 | $ 1,380.40 | $ 5,417.87 | $ 4,037.47 |
| 3466 | O'Connor Hospital | 10/10/2017 | 10/10/2017 | 11/7/2017 | 12/5/2017 | $ 4,099.64 | $ 8,119.99 | $ 4,020.35 |
| 3573 | O'Connor Hospital | 10/16/2018 | 10/16/2018 | 11/15/2018 | None | $ - | $ 3,885.70 | $ 3,885.70 |
| 3784 | O'Connor Hospital | 2/26/2019 | 2/28/2019 | 6/5/2019 | 8/16/2019 | $ - | $ 3,629.99 | $ 3,629.99 |
| 3927 | O'Connor Hospital | 8/1/2018 | 8/1/2018 | 6/7/2019 | 8/23/2019 | $ 1,208.27 | $ 4,698.39 | $ 3,490.12 |
| 3991 | O'Connor Hospital | 4/5/2018 | 4/19/2018 | 5/7/2018 | 5/21/2018 | $ 973.39 | $ 4,378.53 | $ 3,405.14 |
| 4176 | O'Connor Hospital | 12/4/2018 | 12/5/2018 | 12/14/2018 | 5/3/2019 | $ 11,855.34 | $ 15,121.61 | $ 3,266.27 |
| 4999 | O'Connor Hospital | 7/12/2018 | 7/12/2018 | 9/21/2018 | None | $ - | $ 3,033.25 | $ 3,033.25 |
| 5001 | O'Connor Hospital | 4/9/2018 | 4/10/2018 | 5/9/2018 | 5/22/2018 | $ 10,995.31 | $ 14,024.63 | $ 3,029.32 |
| 5106 | O'Connor Hospital | 1/10/2018 | 1/31/2018 | 2/5/2018 | 3/14/2018 | $ 16,552.36 | $ 19,513.38 | $ 2,961.02 |
| 5403 | O'Connor Hospital | 10/8/2018 | 10/17/2018 | 10/22/2018 | None | $ - | $ 2,748.47 | $ 2,748.47 |
| 5814 | O'Connor Hospital | 3/23/2018 | 3/25/2018 | 3/29/2018 | 8/13/2018 | $ - | $ 2,619.19 | $ 2,619.19 |
| 5948 | O'Connor Hospital | 8/7/2017 | 8/31/2017 | 9/7/2017 | 7/17/2018 | $ 8,321.58 | $ 10,886.35 | $ 2,564.77 |
| 6509 | O'Connor Hospital | 10/14/2017 | 11/20/2017 | 11/30/2017 | 2/7/2018 | $ 125,046.48 | $ 127,431.40 | $ 2,384.92 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 7356 | O'Connor Hospital | 12/16/2017 | 12/31/2017 | 4/12/2018 | 5/24/2018 | $ 45,192.00 | $ 47,402.29 | $ 2,210.29 |
| 7503 | O'Connor Hospital | 2/27/2018 | 3/1/2018 | 4/20/2018 | 5/16/2018 | $ 2,650.49 | $ 4,831.31 | $ 2,180.82 |
| 8014 | O'Connor Hospital | 8/9/2018 | 8/9/2018 | 8/22/2018 | None | $ - | $ 2,038.89 | $ 2,038.89 |
| 8053 | O'Connor Hospital | 5/15/2018 | 5/15/2018 | 5/21/2018 | None | $ - | $ 2,020.80 | $ 2,020.80 |
| 8193 | O'Connor Hospital | 1/10/2018 | 1/29/2018 | 5/8/2018 | 5/22/2018 | $ 7,177.51 | $ 9,155.00 | $ 1,977.49 |
| 8672 | O'Connor Hospital | 12/18/2017 | 1/8/2018 | 4/18/2018 | 5/25/2018 | $ 46,410.49 | $ 48,232.66 | $ 1,822.17 |
| 9212 | O'Connor Hospital | 4/20/2018 | 4/21/2018 | 4/26/2018 | 1/25/2019 | $ 21,192.63 | $ 22,877.59 | $ 1,684.96 |
| 9214 | O'Connor Hospital | 3/6/2018 | 3/6/2018 | 8/27/2019 | 9/13/2019 | $ - | $ 1,684.22 | $ 1,684.22 |
| 9213 | O'Connor Hospital | 1/23/2018 | 1/23/2018 | 2/1/2018 | None | $ - | $ 1,684.22 | $ 1,684.22 |
| 9237 | O'Connor Hospital | 11/2/2018 | 11/28/2018 | 12/5/2018 | None | $ - | $ 1,678.40 | $ 1,678.40 |
| 9528 | O'Connor Hospital | 5/10/2018 | 5/23/2018 | 6/21/2018 | 12/11/2018 | $ 80,878.69 | $ 82,478.00 | $ 1,599.31 |
| 9571 | O'Connor Hospital | 5/1/2018 | 5/3/2018 | 5/9/2018 | 5/24/2018 | $ 5,735.66 | $ 7,315.89 | $ 1,580.23 |
| 9577 | O'Connor Hospital | 11/7/2017 | 11/21/2017 | 12/7/2017 | 3/30/2018 | $ 11,114.01 | $ 12,691.08 | $ 1,577.07 |
| 9730 | O'Connor Hospital | 11/7/2018 | 11/10/2018 | 11/14/2018 | 12/19/2018 | $ 26,702.18 | $ 28,251.81 | $ 1,549.63 |
| 9820 | O'Connor Hospital | 12/3/2018 | 12/28/2018 | 1/8/2019 | 3/25/2019 | $ 160.70 | $ 1,678.40 | $ 1,517.70 |
| 9838 | O'Connor Hospital | 2/5/2018 | 2/8/2018 | 2/14/2018 | 4/18/2019 | $ 9,576.77 | $ 11,088.14 | $ 1,511.37 |
| 9986 | O'Connor Hospital | 4/30/2018 | 5/2/2018 | 5/7/2018 | 4/18/2019 | $ 8,736.72 | $ 10,204.06 | $ 1,467.34 |
| 10054 | O'Connor Hospital | 1/13/2018 | 1/18/2018 | 1/24/2018 | 5/21/2019 | $ 6,420.97 | $ 7,868.01 | $ 1,447.04 |
| 10077 | O'Connor Hospital | 12/3/2018 | 12/8/2018 | 12/17/2018 | 1/4/2019 | $ 14,552.22 | $ 15,989.31 | $ 1,437.09 |
| 10173 | O'Connor Hospital | 12/1/2018 | 12/7/2018 | 12/11/2018 | 1/17/2019 | $ 12,345.80 | $ 13,762.48 | $ 1,416.68 |
| 10237 | O'Connor Hospital | 5/21/2018 | 5/24/2018 | 5/31/2018 | 4/18/2019 | $ 5,063.03 | $ 6,457.95 | $ 1,394.92 |
| 10236 | O'Connor Hospital | 4/13/2018 | 4/13/2018 | 5/10/2018 | 1/9/2019 | $ 5,063.03 | $ 6,457.95 | $ 1,394.92 |
| 10248 | O'Connor Hospital | 11/2/2018 | 11/6/2018 | 12/6/2018 | 12/17/2018 | $ 9,554.02 | $ 10,944.84 | $ 1,390.82 |
| 10526 | O'Connor Hospital | 11/2/2017 | 11/6/2017 | 1/17/2018 | 3/22/2018 | $ 37,543.23 | $ 38,856.89 | $ 1,313.66 |
| 10588 | O'Connor Hospital | 1/2/2018 | 1/30/2018 | 2/5/2018 | None | $ - | $ 1,297.72 | $ 1,297.72 |
| 10936 | O'Connor Hospital | 10/8/2017 | 10/23/2017 | 11/7/2017 | 4/12/2018 | $ 59,196.16 | $ 60,404.25 | $ 1,208.09 |
| 11000 | O'Connor Hospital | 3/21/2018 | 3/26/2018 | 4/2/2018 | 4/26/2018 | $ 15,818.17 | $ 17,009.26 | $ 1,191.09 |
| 11256 | O'Connor Hospital | 6/1/2018 | 6/6/2018 | 6/22/2018 | 8/28/2018 | $ 93.23 | $ 1,228.61 | $ 1,135.38 |
| 11300 | O'Connor Hospital | 4/5/2018 | 4/9/2018 | 5/7/2018 | 3/12/2019 | $ 4,072.77 | $ 5,194.86 | $ 1,122.09 |
| 11343 | O'Connor Hospital | 11/1/2017 | 11/15/2017 | 10/7/2019 | None | $ - | $ 1,112.93 | $ 1,112.93 |
| 11426 | O'Connor Hospital | 9/7/2017 | 9/7/2017 | 9/14/2017 | 5/9/2019 | $ - | $ 1,098.79 | $ 1,098.79 |
| 11916 | O'Connor Hospital | 10/15/2018 | 10/31/2018 | 11/6/2018 | None | $ - | $ 1,002.77 | $ 1,002.77 |
| 12032 | O'Connor Hospital | 3/26/2018 | 4/3/2018 | 4/13/2018 | 5/24/2018 | $ 49,276.72 | $ 50,261.77 | $ 985.05 |
| 12148 | O'Connor Hospital | 2/1/2018 | 2/21/2018 | 2/26/2018 | 5/24/2018 | $ 48,419.22 | $ 49,386.77 | $ 967.55 |
| 12388 | O'Connor Hospital | 12/28/2017 | 12/28/2017 | 3/18/2019 | 3/25/2019 | $ - | $ 921.62 | $ 921.62 |
| 12405 | O'Connor Hospital | 3/30/2018 | 3/31/2018 | 4/9/2018 | 4/17/2019 | $ 47,327.42 | $ 48,246.66 | $ 919.24 |
| 12425 | O'Connor Hospital | 10/30/2017 | 11/5/2017 | 11/13/2017 | 12/12/2017 | $ 26,019.07 | $ 26,933.94 | $ 914.87 |
| 12509 | O'Connor Hospital | 12/5/2018 | 12/5/2018 | 4/10/2019 | None | $ - | $ 898.79 | $ 898.79 |
| 12508 | O'Connor Hospital | 10/19/2018 | 10/19/2018 | 4/10/2019 | None | $ - | $ 898.79 | $ 898.79 |
| 12507 | O'Connor Hospital | 10/18/2018 | 10/18/2018 | 4/10/2019 | None | $ - | $ 898.79 | $ 898.79 |
| 12522 | O'Connor Hospital | 10/2/2018 | 10/2/2018 | 4/17/2019 | None | $ - | $ 896.71 | $ 896.71 |
| 12521 | O'Connor Hospital | 10/10/2018 | 10/10/2018 | 10/22/2019 | None | $ - | $ 896.71 | $ 896.71 |
| 12541 | O'Connor Hospital | 1/30/2018 | 2/3/2018 | 2/9/2018 | 4/27/2018 | $ 9,327.05 | $ 10,217.40 | $ 890.35 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 12548 | O'Connor Hospital | 9/19/2018 | 9/19/2018 | 10/9/2018 | None | $ - | $ 890.02 | $ 890.02 |
| 12547 | O'Connor Hospital | 9/24/2018 | 9/24/2018 | 10/1/2018 | 10/17/2018 | $ - | $ 890.02 | $ 890.02 |
| 12546 | O'Connor Hospital | 9/24/2018 | 9/24/2018 | 10/1/2018 | 10/17/2018 | $ - | $ 890.02 | $ 890.02 |
| 12545 | O'Connor Hospital | 9/18/2018 | 9/18/2018 | 9/24/2018 | None | $ - | $ 890.02 | $ 890.02 |
| 12544 | O'Connor Hospital | 9/19/2018 | 9/19/2018 | 9/24/2018 | None | $ - | $ 890.02 | $ 890.02 |
| 12543 | O'Connor Hospital | 7/25/2018 | 7/25/2018 | 7/30/2018 | None | $ - | $ 890.02 | $ 890.02 |
| 12588 | O'Connor Hospital | 9/4/2018 | 9/4/2018 | 4/15/2019 | None | $ - | $ 880.68 | $ 880.68 |
| 12587 | O'Connor Hospital | 8/1/2018 | 8/1/2018 | 4/22/2019 | None | $ - | $ 880.68 | $ 880.68 |
| 12591 | O'Connor Hospital | 9/12/2018 | 9/12/2018 | 10/5/2018 | None | $ - | $ 880.59 | $ 880.59 |
| 12590 | O'Connor Hospital | 7/12/2018 | 7/12/2018 | 8/6/2018 | None | $ - | $ 880.59 | $ 880.59 |
| 12610 | O'Connor Hospital | 2/12/2018 | 2/16/2018 | 2/21/2018 | 4/11/2018 | $ 8,938.91 | $ 9,817.60 | $ 878.69 |
| 12655 | O'Connor Hospital | 2/1/2019 | 2/25/2019 | 3/12/2019 | None | $ - | $ 868.20 | $ 868.20 |
| 12687 | O'Connor Hospital | 3/7/2018 | 3/7/2018 | 9/26/2018 | None | $ - | $ 862.38 | $ 862.38 |
| 12686 | O'Connor Hospital | 2/28/2018 | 2/28/2018 | 9/26/2018 | None | $ - | $ 862.38 | $ 862.38 |
| 12756 | O'Connor Hospital | 5/11/2018 | 5/18/2018 | 6/5/2018 | 6/20/2018 | $ 3,076.89 | $ 3,924.60 | $ 847.71 |
| 12755 | O'Connor Hospital | 5/11/2018 | 5/16/2018 | 5/29/2018 | 4/30/2019 | $ 3,076.89 | $ 3,924.60 | $ 847.71 |
| 12774 | O'Connor Hospital | 5/4/2018 | 5/4/2018 | 5/11/2018 | 7/23/2019 | $ 3,104.11 | $ 3,947.04 | $ 842.93 |
| 12815 | O'Connor Hospital | 11/20/2018 | 12/1/2018 | 12/6/2018 | 7/11/2019 | $ 40,864.17 | $ 41,697.81 | $ 833.64 |
| 12867 | O'Connor Hospital | 9/21/2018 | 9/21/2018 | 9/26/2018 | 10/11/2018 | $ 65.64 | $ 890.02 | $ 824.38 |
| 12877 | O'Connor Hospital | 4/17/2018 | 4/27/2018 | 5/4/2018 | 5/16/2018 | $ 2,983.71 | $ 3,805.75 | $ 822.04 |
| 12876 | O'Connor Hospital | 3/2/2018 | 3/7/2018 | 5/1/2018 | 5/3/2019 | $ 2,983.71 | $ 3,805.75 | $ 822.04 |
| 12929 | O'Connor Hospital | 12/24/2018 | 12/24/2018 | 1/7/2019 | 2/5/2019 | $ 53.45 | $ 864.10 | $ 810.65 |
| 12942 | O'Connor Hospital | 5/14/2018 | 5/21/2018 | 5/30/2018 | 7/23/2019 | $ 2,997.85 | $ 3,805.75 | $ 807.90 |
| 12956 | O'Connor Hospital | 8/14/2017 | 9/3/2017 | 9/12/2017 | 10/20/2017 | $ 39,494.75 | $ 40,300.78 | $ 806.03 |
| 12957 | O'Connor Hospital | 11/22/2017 | 11/22/2017 | 8/22/2018 | 4/11/2019 | $ 2,243.53 | $ 3,049.26 | $ 805.73 |
| 13010 | O'Connor Hospital | 1/30/2018 | 2/6/2018 | 2/12/2018 | 5/24/2018 | $ 40,228.94 | $ 41,025.95 | $ 797.01 |
| 13185 | O'Connor Hospital | 9/5/2018 | 9/7/2018 | 9/24/2018 | 11/26/2018 | $ 3,514.86 | $ 4,279.24 | $ 764.38 |
| 13189 | O'Connor Hospital | 10/29/2018 | 10/29/2018 | 4/17/2019 | None | $ - | $ 763.97 | $ 763.97 |
| 13221 | O'Connor Hospital | 12/10/2018 | 12/10/2018 | 12/18/2018 | None | $ - | $ 759.30 | $ 759.30 |
| 13362 | O'Connor Hospital | 8/1/2018 | 8/9/2018 | 8/23/2018 | 2/8/2019 | $ 2,482.48 | $ 3,219.75 | $ 737.27 |
| 13365 | O'Connor Hospital | 1/21/2019 | 1/21/2019 | 1/29/2019 | 4/10/2019 | $ - | $ 736.67 | $ 736.67 |
| 13426 | O'Connor Hospital | 3/21/2018 | 3/23/2018 | 5/18/2018 | 6/13/2018 | $ 2,666.69 | $ 3,397.26 | $ 730.57 |
| 13427 | O'Connor Hospital | 4/10/2018 | 4/12/2018 | 5/7/2018 | 5/31/2018 | $ 2,650.49 | $ 3,380.73 | $ 730.24 |
| 13471 | O'Connor Hospital | 10/28/2018 | 10/29/2018 | 11/2/2018 | None | $ - | $ 723.39 | $ 723.39 |
| 13473 | O'Connor Hospital | 9/27/2018 | 9/27/2018 | 4/17/2019 | None | $ - | $ 723.18 | $ 723.18 |
| 13479 | O'Connor Hospital | 5/21/2018 | 5/21/2018 | 6/7/2018 | 6/25/2018 | $ 2,622.35 | $ 3,344.84 | $ 722.49 |
| 13490 | O'Connor Hospital | 4/27/2018 | 4/27/2018 | 5/2/2018 | None | $ - | $ 720.58 | $ 720.58 |
| 13489 | O'Connor Hospital | 1/29/2018 | 1/29/2018 | 11/27/2018 | 12/12/2018 | $ - | $ 720.58 | $ 720.58 |
| 13518 | O'Connor Hospital | 11/2/2018 | 11/2/2018 | 4/17/2019 | None | $ - | $ 717.37 | $ 717.37 |
| 13646 | O'Connor Hospital | 5/2/2018 | 5/2/2018 | 6/6/2018 | None | $ - | $ 702.38 | $ 702.38 |
| 13643 | O'Connor Hospital | 4/25/2018 | 4/25/2018 | 6/27/2019 | 7/11/2019 | $ - | $ 702.38 | $ 702.38 |
| 13642 | O'Connor Hospital | 4/18/2018 | 4/18/2018 | 6/27/2019 | None | $ - | $ 702.38 | $ 702.38 |
| 13896 | O'Connor Hospital | 5/23/2018 | 6/2/2018 | 8/3/2018 | 9/6/2018 | $ 39,159.88 | $ 39,846.54 | $ 686.66 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 13961 | O'Connor Hospital | 11/1/2017 | 11/4/2017 | 12/12/2017 | 1/12/2018 | $ 19,456.99 | $ 20,138.44 | $ 681.45 |
| 13960 | O'Connor Hospital | 10/12/2017 | 10/15/2017 | 10/20/2017 | 5/21/2019 | $ 19,456.99 | $ 20,138.44 | $ 681.45 |
| 14080 | O'Connor Hospital | 9/28/2018 | 10/4/2018 | 10/10/2018 | None | $ - | $ 670.73 | $ 670.73 |
| 14084 | O'Connor Hospital | 10/31/2017 | 11/7/2017 | 11/14/2017 | 12/5/2017 | $ 19,355.02 | $ 20,025.50 | $ 670.48 |
| 14115 | O'Connor Hospital | 11/11/2017 | 11/14/2017 | 11/20/2017 | 1/2/2018 | $ 18,709.25 | $ 19,375.44 | $ 666.19 |
| 14114 | O'Connor Hospital | 10/18/2017 | 10/21/2017 | 11/7/2017 | 12/5/2017 | $ 18,709.25 | $ 19,375.44 | $ 666.19 |
| 14202 | O'Connor Hospital | 10/31/2018 | 10/31/2018 | 11/8/2018 | None | $ - | $ 656.55 | $ 656.55 |
| 14227 | O'Connor Hospital | 12/2/2017 | 12/23/2017 | 1/5/2018 | 2/12/2018 | $ 7,568.90 | $ 8,224.56 | $ 655.66 |
| 14357 | O'Connor Hospital | 2/15/2019 | 2/16/2019 | 2/25/2019 | 4/22/2019 | $ 715.15 | $ 1,358.35 | $ 643.20 |
| 14505 | O'Connor Hospital | 2/16/2019 | 2/16/2019 | 2/22/2019 | None | $ - | $ 629.22 | $ 629.22 |
| 14637 | O'Connor Hospital | 11/11/2017 | 11/15/2017 | 11/24/2017 | 1/3/2018 | $ 17,816.63 | $ 18,433.53 | $ 616.90 |
| 14730 | O'Connor Hospital | 1/8/2018 | 1/8/2018 | 1/22/2018 | None | $ - | $ 612.49 | $ 612.49 |
| 14773 | O'Connor Hospital | 2/8/2019 | 2/8/2019 | 2/22/2019 | 9/24/2019 | $ - | $ 609.96 | $ 609.96 |
| 14795 | O'Connor Hospital | 12/18/2018 | 12/18/2018 | 4/4/2019 | 10/24/2019 | $ 248.44 | $ 855.74 | $ 607.30 |
| 14964 | O'Connor Hospital | 10/30/2018 | 10/30/2018 | 11/5/2018 | None | $ - | $ 597.02 | $ 597.02 |
| 14995 | O'Connor Hospital | 11/30/2018 | 12/10/2018 | 5/23/2019 | 4/16/2019 | $ 2,154.80 | $ 2,748.47 | $ 593.67 |
| 15157 | O'Connor Hospital | 10/10/2018 | 10/10/2018 | 10/15/2018 | None | $ - | $ 584.73 | $ 584.73 |
| 15468 | O'Connor Hospital | 2/14/2018 | 2/14/2018 | 4/20/2018 | None | $ - | $ 563.94 | $ 563.94 |
| 15472 | O'Connor Hospital | 9/19/2017 | 9/26/2017 | 10/16/2017 | 11/17/2017 | $ 23,236.98 | $ 23,800.08 | $ 563.10 |
| 15592 | O'Connor Hospital | 12/7/2018 | 12/7/2018 | 12/17/2018 | None | $ - | $ 554.08 | $ 554.08 |
| 15627 | O'Connor Hospital | 10/7/2017 | 10/12/2017 | 10/17/2017 | 11/13/2017 | $ 15,527.82 | $ 16,077.39 | $ 549.57 |
| 15679 | O'Connor Hospital | 11/13/2018 | 11/13/2018 | 12/3/2018 | None | $ - | $ 545.69 | $ 545.69 |
| 15812 | O'Connor Hospital | 8/4/2018 | 8/14/2018 | 8/20/2018 | 9/10/2018 | $ 30,297.29 | $ 30,826.58 | $ 529.29 |
| 15828 | O'Connor Hospital | 7/16/2018 | 7/16/2018 | 7/20/2018 | 6/28/2019 | $ 6,728.62 | $ 7,256.84 | $ 528.22 |
| 16019 | O'Connor Hospital | 2/16/2019 | 2/16/2019 | 2/22/2019 | None | $ - | $ 517.79 | $ 517.79 |
| 16119 | O'Connor Hospital | 10/11/2017 | 10/11/2017 | 3/4/2019 | None | $ - | $ 510.15 | $ 510.15 |
| 16198 | O'Connor Hospital | 12/3/2018 | 12/3/2018 | 12/14/2018 | None | $ - | $ 502.75 | $ 502.75 |
| 16313 | O'Connor Hospital | 9/21/2018 | 9/28/2018 | 10/5/2018 | None | $ - | $ 499.25 | $ 499.25 |
| 16553 | O'Connor Hospital | 11/29/2017 | 11/30/2017 | 8/1/2018 | 4/22/2019 | $ 825.86 | $ 1,313.63 | $ 487.77 |
| 16568 | O'Connor Hospital | 1/9/2019 | 1/12/2019 | 1/22/2019 | 4/18/2019 | $ 23,856.43 | $ 24,343.12 | $ 486.69 |
| 16643 | O'Connor Hospital | 4/18/2018 | 4/20/2018 | 4/24/2018 | 5/14/2018 | $ 7,554.56 | $ 8,038.03 | $ 483.47 |
| 16737 | O'Connor Hospital | 11/12/2017 | 11/19/2017 | 11/24/2017 | 1/19/2018 | $ 13,453.05 | $ 13,930.37 | $ 477.32 |
| 16742 | O'Connor Hospital | 10/25/2017 | 10/30/2017 | 11/7/2017 | None | $ - | $ 476.97 | $ 476.97 |
| 16761 | O'Connor Hospital | 8/22/2017 | 9/9/2017 | 9/21/2017 | 3/16/2018 | $ 22,965.89 | $ 23,441.38 | $ 475.49 |
| 17036 | O'Connor Hospital | 4/23/2018 | 4/23/2018 | 4/30/2018 | 5/10/2018 | $ 82.06 | $ 542.81 | $ 460.75 |
| 17280 | O'Connor Hospital | 9/5/2018 | 9/26/2018 | 10/5/2018 | 4/11/2019 | $ 22,284.57 | $ 22,734.50 | $ 449.93 |
| 17313 | O'Connor Hospital | 4/27/2018 | 4/28/2018 | 5/2/2018 | 5/22/2018 | $ 15,477.23 | $ 15,924.63 | $ 447.40 |
| 17338 | O'Connor Hospital | 10/23/2018 | 10/23/2018 | 11/5/2018 | None | $ - | $ 447.15 | $ 447.15 |
| 17555 | O'Connor Hospital | 11/6/2018 | 11/27/2018 | 12/12/2018 | None | $ - | $ 442.61 | $ 442.61 |
| 17826 | O'Connor Hospital | 8/20/2018 | 8/20/2018 | 8/27/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17825 | O'Connor Hospital | 11/13/2018 | 11/13/2018 | 11/19/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17824 | O'Connor Hospital | 9/19/2018 | 9/19/2018 | 9/26/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17823 | O'Connor Hospital | 7/31/2018 | 7/31/2018 | 8/6/2018 | None | $ - | $ 427.34 | $ 427.34 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 17822 | O'Connor Hospital | 7/2/2018 | 7/2/2018 | 7/18/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17821 | O'Connor Hospital | 7/12/2018 | 7/12/2018 | 7/17/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17820 | O'Connor Hospital | 6/26/2018 | 6/26/2018 | 7/2/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17819 | O'Connor Hospital | 5/23/2018 | 5/23/2018 | 5/29/2018 | None | $ - | $ 427.34 | $ 427.34 |
| 17839 | O'Connor Hospital | 6/6/2018 | 6/7/2018 | 6/20/2018 | 7/11/2018 | $ 20,885.39 | $ 21,311.62 | $ 426.23 |
| 17935 | O'Connor Hospital | 4/19/2018 | 4/19/2018 | 5/8/2018 | 5/21/2018 | $ 1,522.67 | $ 1,942.19 | $ 419.52 |
| 17966 | O'Connor Hospital | 11/21/2018 | 11/21/2018 | 12/4/2018 | 2/27/2019 | $ 1,520.52 | $ 1,939.44 | $ 418.92 |
| 17985 | O'Connor Hospital | 2/26/2019 | 2/28/2019 | 3/4/2019 | 4/15/2019 | $ 18,691.08 | $ 19,108.38 | $ 417.30 |
| 18104 | O'Connor Hospital | 9/29/2017 | 10/6/2017 | 10/24/2017 | 12/5/2017 | $ 16,960.82 | $ 17,371.02 | $ 410.20 |
| 18141 | O'Connor Hospital | 8/6/2018 | 8/7/2018 | 8/13/2018 | 9/6/2018 | $ 20,015.01 | $ 20,423.36 | $ 408.35 |
| 18142 | O'Connor Hospital | 2/8/2019 | 2/10/2019 | 2/14/2019 | 4/9/2019 | $ 18,369.72 | $ 18,778.04 | $ 408.32 |
| 18254 | O'Connor Hospital | 9/20/2018 | 9/22/2018 | 10/19/2018 | 7/12/2019 | $ 19,843.51 | $ 20,248.36 | $ 404.85 |
| 18297 | O'Connor Hospital | 11/12/2018 | 11/13/2018 | 12/5/2018 | 12/13/2018 | $ 2,056.10 | $ 2,459.09 | $ 402.99 |
| 18452 | O'Connor Hospital | 12/15/2017 | 12/18/2017 | 3/21/2018 | 4/23/2018 | $ 19,566.84 | $ 19,966.16 | $ 399.32 |
| 18529 | O'Connor Hospital | 6/1/2018 | 6/6/2018 | 6/12/2018 | 7/12/2018 | $ 22,565.03 | $ 22,959.23 | $ 394.20 |
| 18576 | O'Connor Hospital | 12/17/2018 | 12/22/2018 | 3/29/2019 | 4/29/2019 | $ 62,092.01 | $ 62,483.73 | $ 391.72 |
| 18612 | O'Connor Hospital | 2/6/2019 | 2/6/2019 | 2/11/2019 | 4/4/2019 | $ 17,399.52 | $ 17,788.04 | $ 388.52 |
| 18636 | O'Connor Hospital | 4/9/2018 | 4/11/2018 | 4/16/2018 | 5/4/2018 | $ 18,952.52 | $ 19,339.19 | $ 386.67 |
| 18635 | O'Connor Hospital | 4/4/2018 | 4/7/2018 | 4/13/2018 | 5/7/2018 | $ 18,952.52 | $ 19,339.19 | $ 386.67 |
| 18637 | O'Connor Hospital | 9/6/2017 | 9/9/2017 | 9/18/2017 | 10/20/2017 | $ 18,944.23 | $ 19,330.87 | $ 386.64 |
| 18707 | O'Connor Hospital | 12/20/2018 | 12/26/2018 | 12/31/2018 | 8/8/2019 | $ 18,714.60 | $ 19,096.39 | $ 381.79 |
| 18724 | O'Connor Hospital | 1/3/2019 | 1/7/2019 | 1/11/2019 | 4/16/2019 | $ 18,692.06 | $ 19,072.39 | $ 380.33 |
| 18744 | O'Connor Hospital | 5/15/2018 | 5/15/2018 | 6/6/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18743 | O'Connor Hospital | 5/29/2018 | 5/29/2018 | 6/6/2018 | 6/20/2018 | $ - | $ 380.08 | $ 380.08 |
| 18742 | O'Connor Hospital | 12/26/2018 | 12/26/2018 | 3/27/2019 | 4/4/2019 | $ - | $ 380.08 | $ 380.08 |
| 18741 | O'Connor Hospital | 12/31/2018 | 12/31/2018 | 1/8/2019 | None | $ - | $ 380.08 | $ 380.08 |
| 18740 | O'Connor Hospital | 11/6/2018 | 11/6/2018 | 11/26/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18739 | O'Connor Hospital | 10/30/2018 | 10/30/2018 | 11/5/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18738 | O'Connor Hospital | 9/25/2018 | 9/25/2018 | 10/5/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18737 | O'Connor Hospital | 9/18/2018 | 9/18/2018 | 10/5/2018 | 3/6/2019 | $ - | $ 380.08 | $ 380.08 |
| 18736 | O'Connor Hospital | 8/7/2018 | 8/7/2018 | 9/17/2019 | None | $ - | $ 380.08 | $ 380.08 |
| 18735 | O'Connor Hospital | 7/31/2018 | 7/31/2018 | 8/6/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18734 | O'Connor Hospital | 7/3/2018 | 7/3/2018 | 8/6/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18733 | O'Connor Hospital | 6/26/2018 | 6/26/2018 | 7/9/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18732 | O'Connor Hospital | 6/19/2018 | 6/19/2018 | 7/9/2018 | 9/12/2018 | $ - | $ 380.08 | $ 380.08 |
| 18730 | O'Connor Hospital | 1/16/2018 | 1/16/2018 | 2/5/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18729 | O'Connor Hospital | 1/9/2018 | 1/9/2018 | 2/5/2018 | None | $ - | $ 380.08 | $ 380.08 |
| 18833 | O'Connor Hospital | 1/9/2019 | 1/11/2019 | 1/15/2019 | 9/17/2019 | $ 18,369.72 | $ 18,744.48 | $ 374.76 |
| 19013 | O'Connor Hospital | 11/19/2018 | 11/19/2018 | 12/14/2018 | 5/31/2019 | $ 10,562.13 | $ 10,927.68 | $ 365.55 |
| 19057 | O'Connor Hospital | 6/11/2018 | 6/11/2018 | 6/20/2018 | None | $ - | $ 363.62 | $ 363.62 |
| 19084 | O'Connor Hospital | 11/2/2018 | 11/26/2018 | 12/5/2018 | 12/13/2018 | $ 1,315.80 | $ 1,678.40 | $ 362.60 |
| 19161 | O'Connor Hospital | 11/17/2017 | 11/17/2017 | 12/6/2017 | 9/9/2019 | $ - | $ 358.78 | $ 358.78 |
| 19160 | O'Connor Hospital | 12/21/2017 | 12/21/2017 | 4/16/2019 | None | $ - | $ 358.78 | $ 358.78 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 19159 | O'Connor Hospital | 12/14/2017 | 12/14/2017 | 4/16/2019 | None | $ - | $ 358.78 | $ 358.78 |
| 19158 | O'Connor Hospital | 12/1/2017 | 12/1/2017 | 4/16/2019 | None | $ - | $ 358.78 | $ 358.78 |
| 19157 | O'Connor Hospital | 10/24/2017 | 10/24/2017 | 11/8/2017 | None | $ - | $ 358.78 | $ 358.78 |
| 19156 | O'Connor Hospital | 10/10/2017 | 10/10/2017 | 11/8/2017 | None | $ - | $ 358.78 | $ 358.78 |
| 19178 | O'Connor Hospital | 7/20/2018 | 7/20/2018 | 7/30/2018 | None | $ - | $ 358.00 | $ 358.00 |
| 19177 | O'Connor Hospital | 3/6/2018 | 3/6/2018 | 3/13/2019 | None | $ - | $ 358.00 | $ 358.00 |
| 19265 | O'Connor Hospital | 3/30/2018 | 3/31/2018 | 4/5/2018 | 4/25/2018 | $ 17,712.97 | $ 18,067.23 | $ 354.26 |
| 19275 | O'Connor Hospital | 6/1/2018 | 6/1/2018 | 6/6/2018 | 6/13/2019 | $ 1,700.00 | $ 2,053.61 | $ 353.61 |
| 19404 | O'Connor Hospital | 7/17/2018 | 7/19/2018 | 7/25/2018 | 8/13/2018 | $ 19,899.20 | $ 20,248.36 | $ 349.16 |
| 19439 | O'Connor Hospital | 12/1/2017 | 12/7/2017 | 1/16/2018 | 4/10/2018 | $ 1,466.45 | $ 1,814.19 | $ 347.74 |
| 19495 | O'Connor Hospital | 9/25/2018 | 9/28/2018 | 10/24/2018 | 11/15/2018 | $ 19,727.70 | $ 20,073.36 | $ 345.66 |
| 19561 | O'Connor Hospital | 9/11/2017 | 9/13/2017 | 9/21/2017 | 10/19/2017 | $ 6,100.31 | $ 6,442.85 | $ 342.54 |
| 19569 | O'Connor Hospital | 1/25/2018 | 1/29/2018 | 2/6/2018 | 3/19/2018 | $ 16,775.18 | $ 17,117.53 | $ 342.35 |
| 19604 | O'Connor Hospital | 7/20/2018 | 7/23/2018 | 7/27/2018 | 8/15/2018 | $ 19,531.20 | $ 19,871.12 | $ 339.92 |
| 19675 | O'Connor Hospital | 1/21/2019 | 1/21/2019 | 1/28/2019 | 3/15/2019 | $ 269.27 | $ 605.79 | $ 336.52 |
| 19712 | O'Connor Hospital | 12/12/2017 | 12/12/2017 | 1/29/2018 | None | $ - | $ 335.09 | $ 335.09 |
| 19711 | O'Connor Hospital | 12/1/2017 | 12/1/2017 | 1/16/2018 | 7/11/2019 | $ - | $ 335.09 | $ 335.09 |
| 19714 | O'Connor Hospital | 3/13/2018 | 3/15/2018 | 3/20/2018 | 4/11/2018 | $ 16,775.18 | $ 17,110.21 | $ 335.03 |
| 19732 | O'Connor Hospital | 10/18/2018 | 10/18/2018 | 10/29/2018 | None | $ - | $ 334.23 | $ 334.23 |
| 19731 | O'Connor Hospital | 10/15/2018 | 10/15/2018 | 10/29/2018 | None | $ - | $ 334.23 | $ 334.23 |
| 19728 | O'Connor Hospital | 2/9/2018 | 2/9/2018 | 2/14/2018 | None | $ - | $ 334.23 | $ 334.23 |
| 19812 | O'Connor Hospital | 6/27/2018 | 6/30/2018 | 7/5/2018 | 7/25/2018 | $ 18,952.52 | $ 19,282.36 | $ 329.84 |
| 19811 | O'Connor Hospital | 6/27/2018 | 6/28/2018 | 7/3/2018 | 7/25/2018 | $ 18,952.52 | $ 19,282.36 | $ 329.84 |
| 19810 | O'Connor Hospital | 5/3/2018 | 5/6/2018 | 5/11/2018 | 6/5/2018 | $ 18,952.52 | $ 19,282.36 | $ 329.84 |
| 19814 | O'Connor Hospital | 2/22/2018 | 2/23/2018 | 2/28/2018 | 3/26/2018 | $ 7,724.23 | $ 8,053.87 | $ 329.64 |
| 19886 | O'Connor Hospital | 12/8/2017 | 12/9/2017 | 12/14/2017 | 1/19/2018 | $ 9,494.21 | $ 9,821.34 | $ 327.13 |
| 19924 | O'Connor Hospital | 9/18/2018 | 9/18/2018 | 10/2/2018 | None | $ - | $ 326.79 | $ 326.79 |
| 19941 | O'Connor Hospital | 12/14/2017 | 12/14/2017 | 10/14/2019 | None | $ - | $ 325.86 | $ 325.86 |
| 19940 | O'Connor Hospital | 10/26/2017 | 10/26/2017 | 11/10/2017 | None | $ - | $ 325.86 | $ 325.86 |
| 19947 | O'Connor Hospital | 1/9/2018 | 1/12/2018 | 1/22/2018 | 2/15/2018 | $ 16,690.20 | $ 17,015.99 | $ 325.79 |
| 19958 | O'Connor Hospital | 12/10/2017 | 12/14/2017 | 12/20/2017 | 4/25/2018 | $ 15,934.73 | $ 16,259.93 | $ 325.20 |
| 20062 | O'Connor Hospital | 1/9/2018 | 1/14/2018 | 3/15/2018 | 3/30/2018 | $ 15,755.84 | $ 16,077.39 | $ 321.55 |
| 20282 | O'Connor Hospital | 9/14/2018 | 9/14/2018 | 9/19/2018 | 10/11/2018 | $ - | $ 315.22 | $ 315.22 |
| 20325 | O'Connor Hospital | 11/2/2018 | 11/21/2018 | 12/6/2018 | 12/17/2018 | $ 15,355.64 | $ 15,669.60 | $ 313.96 |
| 20414 | O'Connor Hospital | 7/25/2018 | 7/30/2018 | 8/3/2018 | 6/6/2019 | $ 15,180.64 | $ 15,490.34 | $ 309.70 |
| 20515 | O'Connor Hospital | 10/9/2018 | 10/9/2018 | 11/5/2018 | 11/15/2018 | $ 291.21 | $ 597.02 | $ 305.81 |
| 20804 | O'Connor Hospital | 2/9/2018 | 2/9/2018 | 10/2/2018 | 10/15/2018 | $ - | $ 304.30 | $ 304.30 |
| 20873 | O'Connor Hospital | 12/4/2017 | 12/12/2017 | 12/18/2017 | 7/23/2019 | $ 14,787.85 | $ 15,089.64 | $ 301.79 |
| 21002 | O'Connor Hospital | 12/3/2018 | 12/31/2018 | 1/8/2019 | 4/3/2019 | $ 14,659.09 | $ 14,958.24 | $ 299.15 |
| 21061 | O'Connor Hospital | 11/22/2017 | 11/25/2017 | 11/30/2017 | 1/12/2018 | $ 8,466.60 | $ 8,765.37 | $ 298.77 |
| 21244 | O'Connor Hospital | 8/31/2018 | 9/5/2018 | 9/10/2018 | 10/11/2018 | $ 16,768.12 | $ 17,059.77 | $ 291.65 |
| 21309 | O'Connor Hospital | 5/21/2018 | 5/22/2018 | 5/29/2018 | 6/13/2018 | $ 708.92 | $ 998.32 | $ 289.40 |
| 21378 | O'Connor Hospital | 1/7/2019 | 1/7/2019 | 1/17/2019 | 3/28/2019 | $ 14,081.50 | $ 14,368.88 | $ 287.38 |

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 21411 | O'Connor Hospital | 2/27/2018 | 3/8/2018 | 3/13/2018 | 3/30/2018 | $ 14,273.35 | $ 14,558.71 | $ 285.36 |
| 21629 | O'Connor Hospital | 2/15/2018 | 2/19/2018 | 2/23/2018 | 3/22/2018 | $ 14,101.85 | $ 14,383.71 | $ 281.86 |
| 21688 | O'Connor Hospital | 12/1/2017 | 12/5/2017 | 8/21/2018 | 4/11/2019 | $ 13,786.43 | $ 14,067.30 | $ 280.87 |
| 22154 | O'Connor Hospital | 11/8/2017 | 11/8/2017 | 11/15/2017 | 2/27/2019 | $ 985.94 | $ 1,257.58 | $ 271.64 |
| 22158 | O'Connor Hospital | 1/31/2018 | 1/31/2018 | 3/22/2018 | 9/4/2019 | $ 985.19 | $ 1,256.62 | $ 271.43 |
| 22194 | O'Connor Hospital | 11/27/2017 | 11/27/2017 | 12/6/2017 | None | $ - | $ 270.78 | $ 270.78 |
| 22193 | O'Connor Hospital | 11/20/2017 | 11/20/2017 | 12/6/2017 | None | $ - | $ 270.78 | $ 270.78 |
| 22192 | O'Connor Hospital | 11/13/2017 | 11/13/2017 | 12/6/2017 | None | $ - | $ 270.78 | $ 270.78 |
| 22259 | O'Connor Hospital | 9/6/2018 | 9/12/2018 | 10/4/2018 | 10/22/2018 | $ 15,241.85 | $ 15,510.64 | $ 268.79 |
| 22271 | O'Connor Hospital | 10/30/2017 | 11/7/2017 | 11/14/2017 | 3/16/2018 | $ 13,149.74 | $ 13,417.92 | $ 268.18 |
| 22273 | O'Connor Hospital | 4/27/2018 | 5/1/2018 | 5/15/2018 | 7/11/2019 | $ - | $ 268.15 | $ 268.15 |
| 22349 | O'Connor Hospital | 4/20/2018 | 4/20/2018 | 4/26/2018 | 4/24/2019 | $ 962.14 | $ 1,227.23 | $ 265.09 |
| 22381 | O'Connor Hospital | 11/24/2018 | 11/24/2018 | 11/29/2018 | 12/27/2018 | $ 956.65 | $ 1,220.22 | $ 263.57 |
| 22407 | O'Connor Hospital | 10/23/2018 | 10/30/2018 | 11/16/2018 | None | $ - | $ 263.17 | $ 263.17 |
| 22532 | O'Connor Hospital | 10/7/2018 | 10/12/2018 | 1/15/2019 | 1/22/2019 | $ 29,460.77 | $ 29,719.94 | $ 259.17 |
| 22535 | O'Connor Hospital | 10/10/2017 | 10/18/2017 | 12/28/2017 | 1/19/2018 | $ 12,696.19 | $ 12,955.30 | $ 259.11 |
| 22692 | O'Connor Hospital | 1/31/2018 | 2/7/2018 | 4/3/2018 | 5/4/2018 | $ 12,508.04 | $ 12,763.24 | $ 255.20 |
| 22725 | O'Connor Hospital | 2/7/2019 | 2/12/2019 | 2/19/2019 | 4/9/2019 | $ 11,409.89 | $ 11,664.18 | $ 254.29 |

**Total  $ 475,496.19**