# EXHIBIT H

| No | Facility | Service From Date | Service To Date | Submit Date | Last Payment Date | Insurance Payment | Expected Insurance Payment | Variance |
|---|---|---|---|---|---|---|---|---|
| 1134 | St Louise Regional Center | 10/9/2018 | 10/12/2018 | 10/17/2018 | None | $ - | $ 10,853.93 | $ 10,853.93 |
| 2613 | St Louise Regional Center | 12/18/2017 | 12/20/2017 | 12/28/2017 | 6/11/2018 | $ 6,536.53 | $ 11,792.80 | $ 5,256.27 |
| 8644 | St Louise Regional Center | 4/1/2018 | 4/11/2018 | 7/13/2018 | 8/17/2018 | $ 14,250.44 | $ 16,086.63 | $ 1,836.19 |
| 11282 | St Louise Regional Center | 12/3/2017 | 12/5/2017 | 12/14/2017 | 2/15/2018 | $ 9,107.61 | $ 10,234.20 | $ 1,126.59 |
| 11697 | St Louise Regional Center | 12/27/2017 | 1/3/2018 | 1/10/2018 | 4/11/2018 | $ 8,012.42 | $ 9,058.83 | $ 1,046.41 |
| 11766 | St Louise Regional Center | 12/5/2017 | 12/8/2017 | 12/19/2017 | 1/18/2018 | $ 8,410.16 | $ 9,445.06 | $ 1,034.90 |
| 11861 | St Louise Regional Center | 11/16/2018 | 11/16/2018 | 4/1/2019 | 12/5/2018 | $ - | $ 1,017.60 | $ 1,017.60 |
| 12184 | St Louise Regional Center | 12/21/2017 | 12/24/2017 | 1/2/2018 | 2/12/2018 | $ 8,290.70 | $ 9,251.76 | $ 961.06 |
| 13772 | St Louise Regional Center | 1/16/2018 | 1/16/2018 | 1/29/2018 | 3/12/2018 | $ 9.65 | $ 700.21 | $ 690.56 |
| 13963 | St Louise Regional Center | 1/21/2018 | 1/27/2018 | 2/1/2018 | 3/21/2019 | $ 16,894.24 | $ 17,575.58 | $ 681.34 |
| 15732 | St Louise Regional Center | 1/30/2018 | 1/30/2018 | 1/2/2019 | 4/8/2019 | $ 94.55 | $ 632.94 | $ 538.39 |
| 20474 | St Louise Regional Center | 7/5/2018 | 7/9/2018 | 7/17/2018 | 10/8/2018 | $ 15,089.92 | $ 15,397.87 | $ 307.95 |
| 21285 | St Louise Regional Center | 7/17/2018 | 7/17/2018 | 4/25/2019 | 8/6/2018 | $ - | $ 290.26 | $ 290.26 |
| 22829 | St Louise Regional Center | 7/30/2018 | 8/1/2018 | 8/29/2018 | 7/23/2019 | $ 11,741.66 | $ 11,992.17 | $ 250.51 |

Total $ 25,891.96