Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Andrew B. Still (SBN 312444)
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Defendant Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan

FILED & ENTERED

SEP 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,<br><br>    Debtors and Debtors In Possession.<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ Verity Health System of California, Inc.<br>☒ O'Connor Hospital<br>☒ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☒ St. Vincent Medical Center<br>☒ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No.: 2:18-bk-20162-ER<br>Case No.: 2:18-bk-20163-ER<br>Case No.: 2:18-bk-20164-ER<br>Case No.: 2:18-bk-20165-ER<br>Case No.: 2:18-bk-20167-ER<br>Case No.: 2:18-bk-20168-ER<br>Case No.: 2:18-bk-20169-ER<br>Case No.: 2:18-bk-20171-ER<br>Case No.: 2:18-bk-20172-ER<br>Case No.: 2:18-bk-20173-ER<br>Case No.: 2:18-bk-20175-ER<br>Case No.: 2:18-bk-20176-ER<br>Case No.: 2:18-bk-20178-ER<br>Case No.: 2:18-bk-20179-ER<br>Case No.: 2:18-bk-20180-ER<br>Case No.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Adv. No. 2:20-ap-01559-ER<br><br>**Order Approving Stipulation to Extend Response Date to Complaint** |

|  |  |
|---|---|
| ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation, | |
| Plaintiffs, | |
| v. | |
| BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN f/k/a CARE 1st HEALTH PLAN, a California corporation, | |
| Defendant. | |

The Court, having read and considered the Stipulation to Extend Response Date to Complaint filed on September 29, 2020, as Docket No. 9 by and between Plaintiffs and Defendant (the "Stipulation"), and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Defendant's deadline to respond to the Complaint is extended through and including October 30, 2020.

###

Date: September 30, 2020

_Ernest M. Robles_
Ernest M. Robles
United States Bankruptcy Judge

- 2 -