Michael B. Reynolds (SBN 174534)
mreynolds@swlaw.com
Andrew B. Still (SBN 312444)
astill@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Defendant Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,<br><br>    Debtors and Debtors In Possession.<br><br>Affects:<br><br>☐ All Debtors<br><br>☐ Verity Health System of California, Inc.<br>☒ O'Connor Hospital<br>☒ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☒ St. Vincent Medical Center<br>☒ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No.: 2:18-bk-20162-ER<br>Case No.: 2:18-bk-20163-ER<br>Case No.: 2:18-bk-20164-ER<br>Case No.: 2:18-bk-20165-ER<br>Case No.: 2:18-bk-20167-ER<br>Case No.: 2:18-bk-20168-ER<br>Case No.: 2:18-bk-20169-ER<br>Case No.: 2:18-bk-20171-ER<br>Case No.: 2:18-bk-20172-ER<br>Case No.: 2:18-bk-20173-ER<br>Case No.: 2:18-bk-20175-ER<br>Case No.: 2:18-bk-20176-ER<br>Case No.: 2:18-bk-20178-ER<br>Case No.: 2:18-bk-20179-ER<br>Case No.: 2:18-bk-20180-ER<br>Case No.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Adv. No. 2:20-ap-01559-ER<br><br>**Request for Judicial Notice in Support of Blue Shield of California Promise Health Plan's Motion to:**<br><br>**(1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment; and**<br><br>**(2) Compel Arbitration and Stay Adversary Proceeding**<br><br>Hearing Information:<br>Date:      November 24, 2020<br>Time:      11:00 a.m.<br>Courtroom: 1568<br>Address:   255 East Temple Street<br>                  Los Angeles, CA 90012 |
|---|---|

- 1 -    REQUEST FOR JUDICIAL NOTICE

ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation, SETON MEDICAL CENTER, a California nonprofit public benefit corporation, O'CONNOR HOSPITAL, a California nonprofit public benefit corporation, and SAINT LOUISE REGIONAL HOSPITAL, a California nonprofit public benefit corporation,

Plaintiffs,

v.

BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN f/k/a CARE 1ST HEALTH PLAN, a California corporation,

Defendant.

Pursuant to Federal Rule of Evidence 201, defendant Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan ("BSC Promise" or "Care 1st"), respectfully requests this Court take judicial notice of the following documents in connection with its concurrently-filed Motion to (1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment, and (2) Compel Arbitration and Stay Adversary Proceeding, in the above-captioned adversary proceeding:

1. Demand for Arbitration dated May 20, 2016, made by debtor St. Francis Medical Center against Care 1st, attached hereto as **Exhibit 1**.

Dated: October 30, 2020

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Michael B. Reynolds*
Michael B. Reynolds
Andrew B. Still
Attorneys for Defendant Blue Shield of California Promise Health Plan f/k/a Care 1st Health Plan

4824-8597-0640.1

- 2 -    REQUEST FOR JUDICIAL NOTICE

# Exhibit 1

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

## COMMERCIAL ARBITRATION
### RULES
### DEMAND FOR ARBITRATION

**MEDIATION:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box. There is no additional administrative fee for this service. ☐

| Name of Respondent | | | Name of Representative (if known) | | |
|---|---|---|---|---|---|
| Care 1st Health Plan | | | Alan Bloom, Esq. | | |
| **Address** | | | **Name of Firm (if applicable)** | | |
| 601 Potrero Grande Drive | | | Care1st Health Plan | | |
| | | | **Representative's Address** | | |
| | | | 601 Potrero Grande Drive | | |
| City | State | Zip Code | City | State | Zip Code |
| Monterey Park | CA | 91755 | Monterey Park | CA | 91755 |
| Phone No. | | Fax No. | Phone No. | | Fax No. |
| 323-889-5288 | | 323-889-6264 | 323-889-5288 | | 323-889-6264 |
| Email Address: | | | Email Address: | | |
| ABloom@Care1st.com | | | ABloom@Care1st.com | | |

The named claimant, a party to an arbitration agreement dated 01/01/2001, which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**THE NATURE OF THE DISPUTE**
The claims identified on the attached Exhibit 1 have been improperly denied and inappropriately underpaid pursuant to the agreement which exists between the petitioner and the respondent. Care 1st Health Plan owes St. Francis Medical Center a principal sum of $179,827.26. Interest has yet to be paid on these claims pursuant to California Health and Safety Code section 1371.35.

| Dollar Amount of Claim $179,827.26 | Other Relief Sought:  x Attorneys Fees   x Interest |
|---|---|
| | Arbitration Costs   Punitive/ Exemplary   Other _____ |

Amount Enclosed $2,650.00  In accordance with Fee Schedule:    Flexible Fee Schedule    x Standard Fee Schedule

**PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:**
REASONED DECISION, RETIRED JUDGES

Hearing locale Los Angeles, California (check one)    Requested by Claimant  X  Locale provision included in the contract

| Estimated time needed for hearings overall: | Type of Business: Claimant HOSPITAL |
|---|---|
| _____ hours or   4   days | Respondent HEALTH PLAN |

Is this a dispute between a business and a consumer?   Yes   x No   Does this dispute arise out of an employment relationship?   Yes   x No

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required by California law.   Less than $100,000    $100,000 - $250,000    Over $250,000

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative)   Date: 5/20/16 | Name of Representative |
|---|---|
| *Michael T. Robinson* (signature) | Michael S. Robinson, Esq. |
| Name of Claimant | Name of Firm (if applicable) |
| St. Francis Medical Center | LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. |
| Address (to be used in connection with this case) | Representative's Address |
| 303 N. Glenoaks Blvd., Suite 700 | 303 N. Glenoaks Blvd., Suite 700 |
| City | State | Zip Code | City | State | Zip Code |
| Burbank | CA | 91502 | Burbank | CA | 91502 |
| Phone No. | | Fax No. | Phone No. | | Fax No. |
| 818-559-4477 | | 818-559-5484 | 818-559-4477 | | 818-559-5484 |
| Email Address: | | | Email Address: | | |
| mrobinson@sacfirm.com | | | mrobinson@sacfirm.com | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ  08043.  Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.

# EXHIBIT 1

FC 13247

St. Francis Medical Center v. Care1st
Exhibit 1

| No. | FILE NO | LAST NAME | FIRST NAME | ADMISSION | DISCHARGE | PATIENT ID | TOTAL CHARGES | EXPECTED | PAID | UNDERPAID | ISSUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0000611612212 | | | 11/6/2014 | 11/13/2014 | | $262,731.50 | $50,494.63 | $39,144.62 | $11,350.01 | MEDICAL NECESSITY |
| 2 | 0000607142201 | | | 7/17/2014 | 7/22/2014 | | $75,759.40 | $9,250.00 | $3,700.00 | $5,550.00 | MEDICAL NECESSITY |
| 3 | 0000600770088 | | | 1/12/2014 | 1/15/2014 | | $10,319.70 | $2,000.00 | $400.00 | $1,600.00 | LEVEL OF CARE |
| 4 | 0000612025594 | | | 11/28/2014 | 11/29/2014 | | $14,673.00 | $9,434.75 | $443.65 | $8,991.10 | LEVEL OF CARE |
| 5 | 0000605086111 | | | 5/11/2014 | 5/20/2014 | | $77,707.11 | $16,650.00 | $14,800.00 | $1,850.00 | MEDICAL NECESSITY |
| 6 | 0000596780600 | | | 9/16/2013 | 9/23/2013 | | $41,304.00 | $14,000.00 | $2,800.00 | $11,200.00 | MEDICAL NECESSITY |
| 7 | 0000600450069 | | | 1/3/2014 | 1/5/2014 | | $27,846.25 | $14,214.19 | $12,747.01 | $1,467.18 | CONTRACT RATE DISPUTE |
| 8 | 0000561830056 | | | 11/20/2010 | 11/22/2010 | | $26,409.89 | $16,174.42 | $12,339.68 | $3,834.74 | TAKEBACK |
| 9 | 0000606335833 | | | 6/15/2014 | 6/16/2014 | | $39,253.00 | $23,551.80 | $3,725.00 | $19,826.80 | LEVEL OF CARE |
| 10 | 0000602273337 | | | 2/28/2014 | 3/2/2014 | | $29,868.90 | $17,921.34 | $1,850.00 | $16,071.34 | LEVEL OF CARE |
| 11 | 0000616497794 | | | 3/25/2015 | 3/25/2015 | | $10,601.00 | $6,890.65 | $176.98 | $6,713.67 | LEVEL OF CARE |
| 12 | 0000613097704 | | | 1/2/2015 | 1/2/2015 | | $21,484.00 | $13,964.60 | $1,003.94 | $12,960.66 | LEVEL OF CARE |
| 13 | 0000606977552 | | | 7/3/2014 | 7/7/2014 | | $25,459.75 | $7,400.00 | $3,700.00 | $3,700.00 | LEVEL OF CARE |
| 14 | 0000606675776 | | | 1/22/2014 | 1/24/2014 | | $74,662.83 | $5,630.15 | $3,780.15 | $1,850.00 | MEDICAL NECESSITY |
| 15 | 0000614256609 | | | 1/22/2015 | 1/27/2015 | | $79,124.02 | $9,250.00 | $7,400.00 | $1,850.00 | MEDICAL NECESSITY |
| 16 | 0000601302283 | | | 1/30/2014 | 1/31/2014 | | $33,659.25 | $20,195.55 | $1,850.00 | $18,345.55 | LEVEL OF CARE |
| 17 | 0000604311194 | | | 4/21/2014 | 4/23/2014 | | $46,259.41 | $26,140.45 | $14,894.72 | $11,245.73 | CONTRACT RATE DISPUTE |
| 18 | 0000617770041 | | | 4/23/2015 | 4/25/2015 | | $19,985.00 | $6,328.18 | $0.00 | $6,328.18 | MEDICAL NECESSITY |
| 19 | 0000602952688 | | | 3/13/2014 | 3/17/2014 | | $60,928.00 | $7,600.00 | $3,800.00 | $3,800.00 | MEDICAL NECESSITY |
| 20 | 0000612746199 | | | 12/8/2014 | 12/18/2014 | | $95,814.00 | $35,592.40 | $18,500.00 | $17,092.40 | LEVEL OF CARE |
| 21 | 0000598919033 | | | 11/17/2013 | 11/21/2013 | | $34,877.20 | $7,400.00 | $5,550.00 | $1,850.00 | MEDICAL NECESSITY |
| 22 | 0000615861600 | | | 3/9/2015 | 3/9/2015 | | $19,937.50 | $13,209.37 | $859.47 | $12,349.90 | LEVEL OF CARE |
| | | | | | | | | | | $179,827.26 | |

- 6 -

# EXHIBIT 2

CARE 1ST HEALTH PLAN
HOSPITAL SERVICES AGREEMENT

This Hospital Services Agreement ("Agreement") is entered into between Care 1st Health Plan ("Plan"), a California corporation, and Catholic HealthCare West, Southern California, a California not for profit, public benefit corporation, dba St. Francis Medical Center ("Hospital"), to be effective from January 1, 2001.

RECITALS

A. WHEREAS, Plan is licensed to operate a health care service plan under and subject to the requirements of the Knox-Keene Health Care Service Plan Act of 1975, as amended (the "Act"), and the rules promulgated thereunder ("DOC Regulations");

B. WHEREAS, Plan has entered into a Service Agreement with LA Care Health Plan, the Local Initiative Health Authority for Los Angeles County ("Local Initiative" or "LA Care") to provide or arrange for certain health care services to Plan Medi-Cal Members, under LA Care's contract with the California Department of Health Services ("DHS") under and subject to the Welfare and Institutions Code, as amended;

C. WHEREAS, Plan has also entered into (a) a contract with the Managed Risk Medical Insurance Board ("MRMIB"), under and subject to the California Insurance Code, as amended ("Insurance Code"), and the regulations promulgated thereunder ("HFP Regulations"), and (b) a Global Services Agreement with LA Care, to provide or arrange for the provision of certain health care services to Plan Healthy Families Program ("HFP") Members, directly and as a Local Initiative Partner, respectively;

D. WHEREAS, Plan desires to enter into contracts with licensed and experienced Health Care Professionals, hospitals and other providers to provide or arrange for the provision of certain health care services to Plan Members;

E. WHEREAS, Hospital is licensed and experienced to provide or arrange for the provision of certain hospital and other services and supplies. and

F. WHEREAS, Plan and Hospital desire to enter into this Agreement for Hospital to provide or arrange for the provision of certain hospital and other services and supplies to Plan Medi-Cal Members and/or Plan HFP Members (collectively referred to as "Plan Members").

AGREEMENT

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties mutually agree as follows:

I.
DEFINITIONS

The following terms shall have the following meanings for purposes of this Agreement:

1.1 "Active Labor" means a labor at a time at which either of the following would occur: (1) There is inadequate time to effect safe transfer to another hospital prior to delivery. (2) A transfer may pose a threat to the health and safety of the patient or the unborn child.

1.2 "Acts and Regulations" means the Federal and California codes and regulations that govern the services to be provided under this Agreement which are more fully described in Article VII.

1.3 "Ancillary Services" means those Covered Health Care Services necessary to the diagnosis and treatment of Plan Members, including, but not limited to, ambulance, ambulatory or day surgery, durable medical

PD HOSP REV 01/2001
CHW 03.28.01
St. Francis Medical Center 3-28-01

Page 1

CHW

11.3  In the event any complaint or grievance of a Plan Member cannot be settled through the such procedures, the matter may be submitted to an administrative hearing before the California Department of Social Services or other applicable administrative department or agency, or in the case of a Plan HFP Member, to arbitration. Hospital agrees to cooperate with and, when necessary, participate in any such administrative hearing or arbitration proceedings and be bound by the determinations of such administrative hearing or arbitration proceedings.

## XII.
## DISPUTE RESOLUTION

12.1  Plan and Hospital agree to meet and confer to resolve any dispute that may arise under this Agreement. Hospital may submit disputes to Plan at the address and telephone number provided in the notice section of this Agreement. Plan shall attempt to respond to all disputes within thirty (30) days of receipt, except in urgent cases in which Plan shall respond as soon as possible. If both parties agree, the dispute may be submitted to voluntary mediation or such other dispute settlement technique as the parties may mutually agree upon at such time. If any such dispute cannot be resolved, Hospital and Plan agree to submit such dispute to binding arbitration.

12.2  In the event arbitration between Plan and Hospital becomes necessary, such arbitration shall be initiated by either party making a written demand for arbitration on the other party. Such arbitration shall be conducted under the Commercial Rules of the American Arbitration Association using a mutually selected attorney arbitrator in Los Angeles, California.

## XIII.
## UNFORESEEN CIRCUMSTANCES

13.1  For so long as any natural disaster, war, riot, civil insurrection, epidemic or any other emergency or similar event not within the control of Hospital results in the facilities or personnel of Hospital being unavailable to provide or arrange for the provision of Covered Hospital Services, Hospital shall only be required to make a good faith effort to provide or arrange for the provision of such services, taking into account the impact of the event.

13.2  In the event the Covered Hospital Services that Hospital has agreed to provide are substantially interrupted pursuant to an event described above, Plan shall have the right to terminate this Agreement upon ten (10) days prior written notice to Hospital. Hospital's obligations under sections 6.5, 6.6, 6.7 and 10.4 of this Agreement shall also apply to terminations covered by this section.

## XIV.
## GENERAL PROVISIONS

14.1  Assignment. Neither party shall assign this Agreement or delegate any of its obligations hereunder without first obtaining the written consent of the other party. To the extent required by DHS, any such assignment or delegation shall be void unless prior written approval of such assignment or delegation is obtained from DHS.

14.2  Notices. Any notice required or permitted to be given pursuant to the terms and provisions of this Agreement shall be in writing and shall be personally delivered or sent by certified mail, return receipt requested, postage prepaid, to Plan at:

Care 1st Health Plan
1000 S. Fremont, Building A-11, Unit 22
Alhambra, CA  91803
Attn: Director of Provider Contracting

or to Hospital at:

PD HOSP REV 01/2001
CHW 03.28.01
St. Francis Medical Center 3-28-01

Page 13

CHW

- 9 -

14.11   Governing Law.  This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of California.

IN WITNESS WHEREOF, the parties have duly executed this Agreement effective as of the day and year first above written.

Care 1st Health Plan

By: _Donald S. Comstock_  _Anna Tran_
Title: _CEO_  _CFO_
Date: _7/31/2001_

Catholic HealthCare West, dba
St. Francis Medical Center

By: _T.R. Daly Lazenstein_
Title: _Division Vice President_
Date: _7/2/01_

**PROOF OF SERVICE**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 7 June 2016, I served the foregoing document(s) entitled:

**DEMAND FOR ARBITRATION**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[ X ]   BY U.S. MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ]   BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ]   BY PERSONAL SERVICE: I caused the above-stated document(s) to be served by personally delivering a true copy thereof to the individuals identified above. [C.C.P. 1011(a); F.R.C.P. 5(b)]

[ ]   BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ]   BY TELECOPIER: Service was effected on all parties at approximately ___:___ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

- 11 -

[ ]  BY ELECTRONIC SERVICE: By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

[X]  State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on 7 June 2016 in Burbank, California.

*(signature)*

KARINE ISAGULYAN

## SERVICE LIST

Jen Mora, Case Manager
American Arbitration Association
45 E River Park Place West, Suite 308
Fresno, CA 93720


Alan Bloom, Esq.
Care1st Health Plan
601 Potrero Grande Drive
Monterey Park, CA 91755

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

A true and correct copy of the foregoing document entitled (*specify*): **Request for Judicial Notice in Support of Blue Shield of California Promise Health Plan's Motion to: (1) Dismiss Claims for Turnover, Violation of the Automatic Stay and Unjust Enrichment; and (2) Compel Arbitration and Stay Adversary Proceeding; Memorandum of Points and Authorities**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 30, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Steven J Kahn     skahn@pszyjw.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 30, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express:**

The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560/Crtrm 1568
Los Angeles, California  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2020 | Kelley Nestuk | /s/ Kelley Nestuk |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**